EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 130-2005-03666 |

_____ and EEOC
*State or local Agency, if any*

| Name *(Indicate Mr., Ms., Mrs.)*  **Mr. Terry L. Daniel** | Home Phone No. *(Incl Area Code)*  **(334) 644-2845** | Date of Birth  **07-10-1960** |
|---|---|---|
| Street Address  **2409 8th Street S.W Lanett, AL 36863** | City, State and ZIP Code | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name  **CITY OF LANETT** | No. Employees, Members  **15 - 100** | Phone No. *(Include Area Code)*  **(334) 644-5240** |
|---|---|---|
| Street Address  **P.O. Box 290,  Lanett, AL 36863** | City, State and ZIP Code | |
| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
| Street Address | City, State and ZIP Code | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER *(Specify below.)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **12-12-2004**    Latest **12-12-2004**
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was employed by the above named employer on July 7, 1978 as a paid volunteer Firefighter. Since my employment, I filed an EEOC charge in 1996 (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) and in 1999 (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). The last charge was filed in Federal court and a settlement was reached. It was common knowledge that I had filed a suit in Federal court against my employer. On or around November 15, 2004, I was told by the Chief that he was going to post the position of Captain. I had been approached by co-workers on several occasions inquiring if I was going to sue again if I did not make Captain. On December 12, 2004, I came to work and found a "Garfield" cartoon on the bulletin board. Someone had marked the characters in the cartoon . One character was marked as my supervisor, Captain Kelley, and I was marked as "Garfield." I have been subjected to a hostile work environment since I filed a complaint with the EEOC and proceeded with my complaint in Federal court.

No reason has been given for the above actions.

I believe that I have been subjected to a hostile work environment in retaliation for my filing a previous charge with EEOC in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED
APR 20 2005

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT |
| *4-18-05*  ___Terry L Daniel___  Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

**EXHIBIT**
1