12-12-04



EXHIBIT 3