# In the United States District Court
# For the Middle District of Alabama

**TERRY DANIEL,**

Plaintiff(s)

vs.

**CITY OF LANETT, ALABAMA,**

Defendant(s).

<u>Summons</u>
(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate laws.)

CIVIL ACTION NO.: 3:05cv1110-F

TO DEFENDANT  City of Lanett, Alabama, c/o Mayor Oscar Crawley, 401 North Lanier Avenue, Lanett, Alabama 36863
(Name and Address)

You are hereby summoned and required to serve upon plaintiff's attorney(s):
Heather N. Leonard, Heather Leonard, P.C.
(Name and Address)
The Gross Building; 2108 Rocky Ridge Road, Suite 1; Birmingham, AL 35216

a response to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 11/22/05

DEBRA P. HACKETT, CLERK
By: _____
Deputy Clerk

<u>SEE REVERSE SIDE FOR RETURN</u>
(If First Class Mail is utilized in service of complaint, use Form 18-A in lieu of reverse side of this summons.)

NOTE: A separate summons must be prepared for each defendant.

(SEAL OF COURT)

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
15 Lee Street
Montgomery, AL 36104