**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The City of Lanett, Alabama
C/o Mayor Oscar Crawley
401 North Lanier Avenue
Lanett, AL 36863

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _James Clark_    ☐ Agent    ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

JAMES CLARK    11/29/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3:05CV1110-F

S & C_g9 2005    (20)

3. Service Type

☒ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7004 2510 0001 0134 4332

PS Form 3811, February 2004    Domestic Return Receipt

102595-02-M-1540