IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TERRY DANIEL, | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | CIVIL ACTION NUMBER: |
| v. | ) | |
| | ) | 3:05cv01110-WKW |
| CITY OF LANETT, ALABAMA, | ) | |
| | ) | |
|     Defendants. | ) | |

_____

## NOTICE OF CONFLICT
_____

COMES NOW counsel for the plaintiff and give notice to this Honorable Court of a conflict with the current trial setting for this matter.  This matter is currently set for trial on December 4, 2006.  The undersigned is also scheduled to be in trial on that date in the matter of Rodney Battle v. Sodexho Management, Inc., CV-06-J-0316-S(United States District Court for the Northern District of Alabama).  The undersigned is giving notice to this court of the conflict of the trial settings upon learning of said conflict.

/s/ Heather Leonard
Heather Leonard
Attorney for Plaintiff

OF COUNSEL:

HEATHER LEONARD, P.C.
The Gross Building
2108 Rocky Ridge Road, Suite 1
Birmingham, AL   35216
Telephone:         (205) 978-7899
Facsimile:          (205) 278-1400

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

T. Randall Lyons
WEBSTER, HENRY & LYONS, P.C.
P.O. Box 239
Montgomery, AL 36101

/s/ Heather Leonard
Of Counsel

2