

**MAYOR**
Hoyt Owens
**CITY MANAGER**
Bobby L. Williams
**CITY CLERK**
Shirley B. Motley

**COUNCIL MEMBERS**
Curtis W. Lewis
Callie Davis
Barry Waites
Benita Smallwood
Scott Hamil

STATE OF ALABAMA

COUNTY OF CHAMBERS

<u>AFFIDAVIT AND RELEASE</u>

    Before me, the undersigned authority duly empowered to administer oaths, personally appeared TERRY L. DANIEL, who, after being duly sworn, doth depose and say as follows:

    My name is TERRY L. DANIEL and I am an employee of the City of Lanett, Alabama (the"City"). I previously filed a claim against the City with the Equal Employment Opportunity Commission ("EEOC") wherein I alleged that I suffer from a disability and that the City had failed to provide a reasonable accommodation to me which would allow me to perform the essential functions of my job. I do now certify that the City has provided me with an accommodation which will allow me to perform all aspects of my job (apparatus operator) as shown in my job description. I further certify that the accommodation provided me (wrist brace) will allow me to perform my job without endangering myself or others.

    In consideration of the provision by the City of an accommodation to my disability, I do agree to dismiss and discharge the EEOC complaint which is pending. In further consideration of the provision by the City of an accommodation to my disability, I do release and discharge the City from all actions, causes of action claims and demands arising out of my disability as described in EEOC Case No. 130 96 2877, and I discharge and release the City from any claim or liability as a result of said EEOC Case No. 130 96 2877.

    This 5th day of February, 1997.

                                                                   /s/ Terry L. Daniel
                                                                   TERRY L. DANIEL

Sworn to and subscribed before
me this 5th day of February, 1997.

/s/ Shirley B. Motley
Notary Public
My Commission Expires: 3/9/97

EXHIBIT B

**City of Lanett**
Post Office Box 290 • Lanett, Alabama 36863 • Phone: (334) 644-2141 • Fax: (334) 644-5240