November 29, 2004


Anthony Johnson
Fire Chief
PO Box 290
Lanett, AL 36863

Chief Johnson,

In response to your request, I have reviewed the applications of each candidate for the Captain vacancy. I will enclose an assessment for each candidate, along with a ranking based upon who I consider to be the most qualified candidate.

The following personnel meet the qualifications for this position:

    Heather Daley        Terry Daniel        Charles Daugherty
    William A Gray       Samuel B Hester    Timothy Jennings
    Stanley Taylor       Samuel Thrower

As a member of management and having performed in the capacity of Captain it is in my professional opinion that the individual serving in this supervisory role needs to be certified with the minimum requirements of paramedic.


Sincerely,

*[signature]*

John Butler
Captain
Enc.




***This assessment is based solely upon subjective and objective data collected in my thirteen-year tenure as a Firefighter/Paramedic and as a Captain. ***



**Heather Daley;**

This candidate came into the department as the second female to be employed with the Fire & EMS Department. She has shown outstanding dedication to her career, by completing a challenging rookie school along with paramedic school and later nursing school. She is one of two candidates that have a formal degree. She has worked many public education functions along with her routine schedule; she has assisted in helping with the volunteers and explorers. She has routinely returned from her off time to assist in covering shifts and major incidents. She has shown that she can take an active role in leadership by assuming command of many EMS incidents to include vehicle crashes with multiple casualties. She has grown into a very strong and independent firefighter. She has taken many opportunities to learn about fire investigations and inspections. She does lack the opportunity to assume a command role on fire scenes, due to the chain of command. I feel that she has the leadership skills and is very capable in that role, but will need more time in this capacity to later become an excellent Captain. She has a wonderful rapport with the personnel and community. She works well with others as a team member and as a leader.

**Terry Daniel;**

This candidate has been with the department for a long time. He is the candidate with the most seniority. He is very knowledgeable about the apparatus' and equipment. He has utilized his time here at the department to enhance his career development by attending many classes. He has had the opportunity to assume command of many incidents and has proven to be very effective on the scene. He does lack the administrative capabilities. This candidate has a tendency to cause conflict with other personnel while in the leadership role at the station environment. While serving as his Captain, I have had to return to work to put out some heated emotions between him and other personnel over trivial complaints. I do feel that he is very capable in the Captains position, but it will take some very unique individuals to work along side of this candidate, they will not respect him, because of his very nature. He works very hard as a team member. His passion for his career lies on the fireside of the job. When it comes to EMS he does not take a very active role in rendering a thorough assessment and giving care to clients. He limits his role to driving the ambulance and assisting the paramedics, he does not ride in the back and render care to those clients.

**Charles Daugherty;**

This candidate has been with the department for a long time. He is very knowledgeable about the apparatus' and equipment. He has utilized his time here at the department to enhance his career development by attending only a few classes in comparison to the other candidates. He has had the opportunity to assume command of many incidents and has proven to be very effective on the scene. He has taken on the task of training the volunteers and working with them on getting them certified. He has done an excellent and most outstanding performance in this role. When faced with making difficult decision he often second-guesses himself or relies upon others to assist him in this process. The personnel in the department like him very well. He does not cause conflict; he often finds many ways to avoid or resolve conflict. He does have a passion for the fireside of the job, but he does take an active role in rendering care to clients. He will not hesitate to ride in the back of an ambulance and continue performing in his capacity. He is very capable in performing the role of Captain and many of his co-workers would certainly enjoy working alongside with him as a team member and as a leader.

**William A Gray;**

This candidate has the least amount of time in service at our department. He comes to our department having been properly trained at another organization. He is the other candidate that has a formal degree. He has taken a very active role as a firefighter/paramedic within our organization. He voluntary manages our EMS supplies and makes the necessary requisitions to replace these much-needed supplies. He sorts and organizes the EMS supplies as needed. He has requested that he attend many classes to further enhance his career. He has shown that he can take an active role in leadership by assuming command of many EMS incidents to include vehicle crashes with multiple casualties. He does lack the opportunity to assume a command role on fire scenes, due to the chain of command. He has previous leadership experience from another organization, which he held the position of Deputy Chief and served as the Interim Chief at that department. He is very capable in performing the role of Captain and many of his co-workers would certainly enjoy working alongside with him as a team member and as a leader. He has not been with our organization long enough to fully gained the respect from other personnel within our organization.

**Samuel B Hester;**

This candidate has taken a very active role as a firefighter/paramedic within our organization. He has requested that he attend many classes to further enhance his career. He has shown that he can take an active role in leadership by assuming command of many EMS incidents to include vehicle crashes with multiple casualties. He does lack the opportunity to assume a command role on fire scenes, due to the chain of command. He has taken an active role in public education and risk reduction by implementing a smoke detector program. He has assisted in many fire investigations and some inspections. I feel that he has the leadership skills and would be very capable in the role of Captain, but will need more time in a leadership capacity to later become an excellent Captain. He works well with others but has a tendency to be lazy at times.

**Timothy Jennings;**

This candidate has been with the department for a long time. He is the candidate with the most seniority as a Firefighter/Paramedic within our organization. He is very knowledgeable about the apparatus' and equipment. He has utilized his time here at the department to enhance his career development by attending many classes. He has had the opportunity to assume command of many incidents and has proven to be very effective on the scene. He has shown that he can take an active role in leadership by assuming command of many EMS incidents to include vehicle crashes with multiple casualties. He does lack the opportunity to assume a command role on fire scenes, due to the chain of command. He has assisted in many fire investigations and inspections. I feel that he has the leadership skills and dedication that would make him an excellent Captain. He is his own worse critic. He has previous leadership experience from another organization, which he held the position of Deputy Chief and served as the Interim Chief at that department.

**Stanley Taylor;**

This candidate has taken a very active role as a firefighter/paramedic within our organization. He has requested that he attend many classes to further enhance his career. He has shown that he can take an active role in leadership by assuming command of many EMS incidents to include vehicle crashes with multiple casualties. He does lack the opportunity to assume a command role on fire scenes, due to the chain of command. He has previous leadership experience from another organization, which he was the manager for that service that went out of business. I feel that he has the leadership skills and would be very capable in the role of Captain. He works okay with others but has a tendency to be lazy at times.


**Samuel Thrower;**

This candidate has taken a very active role as a firefighter/paramedic within our organization. He is very knowledgeable about the apparatus' and equipment. He has utilized his time here at the department to enhance his career development by attending many classes. He has had the opportunity to assume command of many incidents and has proven to be very effective on the scene. He has shown that he can take an active role in leadership by assuming command of many EMS incidents to include vehicle crashes with multiple casualties. He does lack the opportunity to assume a command role on fire scenes, due to the chain of command. He is very capable in performing the role of Captain and many of his co-workers would certainly enjoy working alongside with him as a team member and as a leader. He is very enthusiastic and passionate about his job and truly cares for the community.

I feel that all candidates are capable and will do a good job if given the opportunity. It is in my professional opinion that the individual serving in this supervisory role needs to be certified with the minimum requirements of paramedic. Due to the nature of the job, in order to effectively supervise other paramedics and critique their performance, you must be of equal or higher skillfully qualified. It is without hesitation that based upon my assessment that I recommend the following personnel for the position of Captain in ranking order.

1. Tim Jennings
2. Samuel Thrower
3. Heather Daley
4. Stanley Taylor
5. Samuel B Hester
6. William A Gray
7. Terry Daniel
8. Charles Daugherty