*Lanett Fire & EMS*
*401 North Lanier*
*Lanett, Alabama 36863*
*(334) 644-5225*

# From the Desk of Anthony Johnson

December 2, 2004

To: Mayor Crawley

RE: Capt Promotion

Mayor Crawley,

As you know the city is in the process of promoting a Fire/EMS employee to the rank of Shift Captain. We have 8 candidates to choose from that meet the applicable job description. I have had my existing Shift Captains review the applications and rank the candidates in the order in which they feel each individual would be most successful in a supervisory capacity. Both Captains had similar views on a majority of the applicants, but were completely different on their number one pick. Two of our candidates have been with the city for over 35 yrs combined and have well documented **fill-in** command experience but have never gained the certification of Paramedic. All applicants have fire certifications. It is my opinion that the shift supervisor should be a Paramedic because of the percentage of ambulance calls versus the amount of fire calls. Over the last 4 yrs 77% of calls for our dept have been medical in nature. 5.6% have been fire related. I believe this trend will continue and even increase due to Fire prevention and Education being taught in the community. I have listed on the next page my ranking of candidates As to whom I feel will be the most successful for the dept as well as the city.

Anthony Johnson, Fire Chief



*"Committed to Providing Quality Fire & EMS Services"*