# AFFIDAVIT OF CAPTAIN KELLEY MEACHAM

My name is Kelley Meacham, I am a captain with the fire department with the City of Lanett, Alabama.

I have personal knowledge of the things making the base of this affidavit.

I am the supervisor of Terry Daniel.

Mr. Daniel is a fire fighter with the Lanett Fire Department and is an EMT, but not a paramedic.

It is my understanding that Mr. Daniel is claiming that on December 12, 2004, he came to work and found a Garfield cartoon on the bulletin-board where someone had marked characters on the cartoon, one marked as myself and Garfield was marked as Terry Daniel. It is my understanding that Mr. Daniel claims he is subjected to a hostile work environment since filing a complaint with the EEOC and preceding to federal court in 1999.

I am aware of the cartoon that Mr. Daniel is referring to. However, it was removed. Based upon information and belief, the cartoon was not meant as harassment or discrimination and at the time Mr. Daniel saw it, everyone including himself laughed.

However, I did learn later from the Chief that the Mayor had contacted him about the cartoon, and we were told at that point there were to be no further actions such as this and such actions would not be tolerated.

At no time did Mr. Daniel ever contact me as his immediate supervisor and complain of any hostile work environment or complain of any discrimination or

EXHIBIT J

harassment at the work place.

It is my understanding that Mr. Daniel states in his complaint that he has been asked by co-workers if he was going to sue if he did not make captain. However, Mr. Daniel is always talking about different lawsuits on different things or legal matters and such questions regarding litigation are a part of Mr. Daniel's day-to-day discussions with other co-workers.

I have not witnessed nor am I aware of any discrimination or harassment to Mr. Daniel and was not aware of any such claimed harassment or discrimination or hostile work environment until Mr. Daniel's EEOC claim. Further, Mr. Daniel did not go through the standard operating procedure of the City of Lanett Fire Department as outlined in the personnel handbook.

I am attaching the Garfield cartoon that I understand Mr. Daniel is stating was the basis of his harassment and a hostile work environment. I do so, so that you can review the substance of the cartoon to see that it does not appear to be hostile in any way. (See attached cartoon as Exhibit "A"). However, when I was made aware of the cartoon it was removed. Further, I was never made aware of any claim by Mr. Daniel that it was harassment in any way.

Further and the affidavit saith not.

_____
Captain Kelley Meacham

State of Alabama
County of Lee

SWORN TO and subscribed before me on this 26 day of May, 2005.

[SEAL]

*Jerry Lee Brown*
NOTARY PUBLIC
My Commission Expires on: MY COMMISSION EXPIRES JUNE 27, 2005

12-12-04

