IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TERRY DANIEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:05-cv-1110-WKW |
| | ) |
| CITY OF LANETT, ALABAMA, | ) |
| | ) |
| Defendant. | ) |

# **O R D E R**

Upon consideration of the defendant's Motion for Summary Judgment (Doc. #11) filed on July 28, 2006, it is hereby

ORDERED that the motion be submitted without oral argument on August 29, 2006.

It is further ORDERED that the plaintiff file a response which shall **include a brief and any evidentiary materials** on or before August 22, 2006. The defendant may file a reply brief on or before August 29, 2006.

**The parties are advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned.**

DONE this the 1st day of August, 2006.

　　　　　　　　　　　　　　　　　　/s/  W. Keith Watkins
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE