IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TERRY DANIEL, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NUMBER: |
| v. ) | |
| ) | 3:05cv01110-WKW |
| CITY OF LANETT, ALABAMA, ) | |
| ) | |
| Defendants. ) | |

PLAINTIFF'S EVIDENTIARY MATERIALS IN RESPONSE TO
THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

<u>OF COUNSEL</u>:

Heather N. Leonard
HEATHER LEONARD, P.C.
2108 Rocky Ridge Road, Suite 1
Birmingham, AL 35216
*phone*: (205) 978-7899
*fax*: (205) 278-1400
Heather@HeatherLeonardPC.com

COMES NOW the Plaintiff by and through his undersigned counsel and hereby gives notice to this Honorable Court of his filing of the following evidentiary materials in opposition to the Defendant's pending *Motion for Summary Judgment:*

1. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Affidavit of Terry Daniel

                                      Respectfully submitted,

                                      /s/ Heather Newsom Leonard
                                      Attorney Code: ASB-1152-O61H
                                      ATTORNEY FOR PLAINTIFF

<u>OF COUNSEL:</u>

HEATHER LEONARD, P.C.
2108 Rocky Ridge Road, Suite 1
Birmingham, AL 35216
(205) 978-7899     voice
(205) 278-1400     facsimile
Heather@HeatherLeonardPC.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been served on all counsel of record via the Court's electronic filing service and via hand delivery, on August 22, 2006:

T. Randall Lyons
WEBSTER, HENRY & LYONS, P.C.
P.O. Box 239
Montgomery, AL 36101

                                         /s/ Heather Newsom Leonard
                                         Of Counsel