# ALABAMA STATE FIRE COLLEGE

SHELTON STATE COMMUNITY COLLEGE

has satisfactorily completed 25 hours of study prescribed for

TERRY DANIEL

FIRE INSPECTOR SCHOOL

and is hereby granted this

# CERTIFICATE

this ____6th____ day of ____December____ 19 85

_____
PROGRAM DIRECTOR

_____
COORDINATOR/INSTRUCTOR

Leo Summer
PRESIDENT

# GEORGIA FIRE ACADEMY

hereby certifies that

TERRY DANIEL

L P GAS WORKSHOP

has satisfactorily completed

and is given this

## CERTIFICATE

at WEST POINT, GEORGIA

APRIL 10, 1986

Instructor

Fire Academy

Administrative Official

Insurance
Class

Certificate
No. FWS911/86





**City of Lanett**
Fire & E.M.S. Departments
Post Office Box 290
Lanett, Alabama 36863

15 February 1986

TO WHOM IT MAY CONCERN:

   I have been associated with Terry Daniel professionally for the past five years.  He is of strong moral character and is dedicated to his duties in fire suppression.  Since his appointment to the position of Fire Inspector/Investigator, he has demonstrated a high level of dedication to his responsibilities.  He diligently pursues all assignments.

   Mr. Daniel is currently enrolled in Firefighter II.  His attendance is regular and is always well-prepared for class.  He has received additional instruction in cause determination and fire behavior through this class.

   I recommend Terry Daniel for certification as Investigator.  His demonstrated perseverance and dedication to task will lead to success in this endeavor.

Ralph Cobb, M.Ed
Training Coordinator



**MAYOR**
Mac H. Langley

**CITY MANAGER**
Charles H. Jennings

**City of Lanett**
Post Office Box 290
Lanett, Alabama 36863

**COUNCILMEN**
Dan Guin
Maynard McGinty
Henry Osborne
Bill Owens
Hoyt Owens

To: Alabama Fire Commission          Date: February 19, 1986

From: Chief James Smith          Subject: Recommendation on Terry Daniel

I have known Terry Daniel for about five years. I became associated with him through the fire department. He is very active and corporative with all personal.

Due to the lack of manpower on the police force, we work together with the fire department, which at this time has only firefighters, and has a need for this position.

Terry has the experience and has been recognized by the City Council as Fire Inspector/Investigator. I along with Henry Davis, State Fire Marshall, have worked together on several occassions, he has gather all information, evidence, and forms needed to investigate.

I would recommend that Terry Daniel be recognized and hold the the position of Fire Prevention/Investigation for the City of Lanett. I feel that he would hold this position with respect and devotion to the City and it's Citizens.

Sincerely,

James A. Smith

James Smith, Police Chief
Lanett Police Department





**City of Lanett**
Fire & E.M.S. Departments
Post Office Box 290
Lanett, Alabama 36863

### Memorandum

To: Bob Walker                    Date: February 19, 1986

From: Chief Harry Hudson          Subject: Recommendation on Terry Daniel

I have known Terry Daniel for about eight years. He started with the Lanett Fire Department as a Volunteer Fireman and was hired as a full time Firefighter in 1982. Terry is very active for the Fire Department and has a very good attitude about his job.

Terry has been working for the last 2½ years to better himself in the fire service and the Lanett Fire Department. He is working on becoming a Fire Inspector/Investigator and has devoted many hours of his own time to schools, inspections on buildings, and classes to make advancement toward becoming a Fire Inspector.

Terry is a good employee for the City of Lanett and cares very much about the people that he serves, the people he works with, and for the Fire Department.

On December 3-6, 1985, Terry completed school at the Fire College and on January 13, 1986, the City Council complimented his schooling as a Fire Inspector.

I, Chief Harry Hudson, would like to say that Terry Daniel would make a very good Fire Inspector/Investigator for our Department and would be one of the steps toward making a better Department to service the Citizens of Lanett.

Sincerely,

*Harry C. Hudson*

Harry C. Hudson, Fire Chief
Lanett Fire Department

HCH/aew



# Georgia Emergency Management Agency

hereby certifies that

**TERRY DANIEL**



has satisfactorily completed a special course in

RESCUE SPECIALIST

on this the 18th day of MAY one thousand nine hundred 86

**GEMA**

Joseph W. Smith
State Director

Course Coordinator

Instructor



# ALABAMA STATE FIRE COLLEGE

## SHELTON STATE COMMUNITY COLLEGE
### TUSCALOOSA, ALABAMA

**This Certifies That**

TERRY L. DANIEL

has satisfactorily completed    36    hours of study prescribed for

FIRE INSPECTOR SCHOOL

and is hereby granted this

# Certificate of Completion

December 5, 1986

Date

Chancellor
Department of Postsecondary Education

Director
Alabama State Fire College

President
Shelton State Community College

Coordinator/Instructor



16-43, OCT 82

NATIONAL EMERGENCY TRAINING CENTER

# NATIONAL FIRE ACADEMY

## CERTIFICATE OF TRAINING

Awarded to

TERRY L. DANIEL

in recognition for completion of the
**National Fire Academy Field Course**

CONDUCTING BASIC FIRE PREVENTION INSPECTIONS

**presented by the**

ALABAMA STATE FIRE COLLEGE

**issued this** 5th **day of** December 1986



THE STATE OF ALABAMA

# Department of Forensic Sciences

*Auburn, Alabama*

# CERTIFICATE

*This is to certify that* ___TERRY L. DANIEL___

*attended a specialized* ___Crime Scene Investigation___ *course*

*consisting of* ___24___ *hours of instruction on the subject of*

___Crime Scene Procedures___ ;

*from* ___February 4, 1986___ *to* ___February 6, 1986___ *in cooperation with*

___District Attorney's Office, 5th Judicial Circuit___

_____
INSTRUCTOR

_____
DIRECTOR

Chambers County Area Vocational Center

Name of School

Highway 50

Street Name

Lafayette, Alabama 36862

City                    State                    Zip

# CERTIFICATE OF COMPLETION

THIS CERTIFIES TO THE ALABAMA REAL ESTATE COMMISSION THAT:

Name    Terry Lynn Daniel        Route 3 Box 183    Lanett,    Alabama    36863

                                 Street              City      State      Zip

has attended a minimum of 80% of the required course hours of real estate instruction and has achieved a final passing grade of _____ 80 _____.

                                                                            Numerical Score

March 3, 1987

Beginning date of course                    This was a ___ 45 ___ hour course.

April 28, 1987

Ending date of course

                                            _____
                                            Signature of Instructor                    4-28-8[?]
                                                                                         Date

                                            _____
                                            Signature of other School Official    Title    4-28-87
                                                                                           Date

16-43, OCT 82

NATIONAL EMERGENCY TRAINING CENTER



# NATIONAL FIRE ACADEMY

## CERTIFICATE OF TRAINING

Awarded to

T E R R Y  L.  D A N I E L

in recognition for completion of the
National Fire Academy Field Course

HAZARDOUS MATERIALS: RECOGNIZING & IDENTIFYING

presented by the

ALABAMA STATE FIRE COLLEGE

issued this   23TH   day of NOVEMBER 1987

## PERSONNEL NOTICE

☐ INITIATED BY CITY          ☐ AT REQUEST OF EMPLOYEE

| EMPLOYEE | TYPE OF NOTICE |
|---|---|
| Terry Daniel | ◄ 1 - EMPLOYEE PROBLEM |
| **DEPARTMENT** | 2 - EMPLOYEE COMPLAINT |
| Fire Dept. #2 | 3 - NOTICE OF CHANGE |
| | 4 - REQUEST FOR CHANGE |
| **SUPERVISOR**    **NOTICE DATE** | 5 - EMPLOYEE REQUEST |
| Chief Harry Hudson    3-29-88 | X - COMMENDATION |
| **EFFECTIVE DATE OF CHANGE** | 7 - MISCELLANEOUS NOTICE |

**SITUATION IN BRIEF**

F/F Terry Daniel In Charge At Chemical/Paint Fire On Cusseta Road.

**DETAILS**

On March 26, 1988, F/F Terry Daniel was in charge of his shift due to the Captain being out sick. Daniel directed 5 fire fighters in combatting a highly flamable fire which involved paint, lacquer, paint thinner, old tires and some wood. Daniel was responsible for preventing 3 houses from being destroyed from fire.

I, Chief Hudson, want to highly commend Fire Fighter Daniel for a very outstanding job. He is very dedicated to his job and has exemplified the qualifications of a dependable and competent shift leader.

**ACTION TAKEN**

Comendation for a job well done placed in Firefighter Daniel's personnel file.

| **DISTRIBUTION** | ☐ | **RECOMMENDED BY** Chief Harry C. Hudson  4/4/88 |
|---|---|---|
| ☐ | ☐ | **DEPARTMENT HEAD** |
| ☑ **DEPT. FILES** | ☐ | |
| ☐ | ☐ | **OTHER** _P. L. B. at G._        11-4-88 |
| ☐ | ☐ | |



TERRY DANIEL
FIREFIGHTER

TERRY DANIEL
LT. / INVESTIGATOR



TERRY DANIEL
ENGINEER




## PERSONNEL NOTICE

☐ INITIATED BY CITY          ☐ AT REQUEST OF EMPLOYEE

| EMPLOYEE | TYPE OF NOTICE |
|---|---|
| Terry Daniel | 1 - EMPLOYEE PROBLEM |
| **DEPARTMENT** | 2 - EMPLOYEE COMPLAINT |
| Fire Department | 3 - NOTICE OF CHANGE |
| **SUPERVISOR**              **NOTICE DATE** | 4 - REQUEST FOR CHANGE |
| 31 March, 1988   6 | 5 - EMPLOYEE REQUEST |
| **EFFECTIVE DATE OF CHANGE** | ☒ - COMMENDATION |
| | 7 - MISCELLANEOUS NOTICE |

**SITUATION IN BRIEF**

Hazardous liquids fire involving approximately 900 gallons of auto paint.

**DETAILS**

On Saturday March 26, 1988 at approximately 1330 hours, the Lanett Fire
Department Station 2 responded to an alarm on the Cusseta Road in the
Huguley Community. On arrival of the fire department, the fire was found
to involve approximately 900 gallons of highly flammable automobile
paint, paint thinner and laquer. These flammables were stored in 18
55 gallon drums.
During thie course of this fire we were faced with many hazards, including
extreme heat, toxic fumes, live power lines above the fire, the houses
near the fire being exposed to the extreme heat and subject to burning,
and burning liquid running down hill toward firefighting personnel.
After the fire was brought under control, it was discovered that one of
the 55 gallon drums involved had been heated to the point of exploding.
In my nine years of firefighting service to the city, I have never had
to fight a fire of this nature or severity. It is in my opinion that
Mr.Daniel acted in a very professional manner directing the overall fire
ground operations in confining and extinguishing the fire, while at the
same time assuring the safety of all fire and civillian personnel on
the scene.

**ACTION TAKEN**

Place this commendation in Mr.Daniels permanent personnel file.

| DISTRIBUTION | ☐ | RECOMMENDED BY |
|---|---|---|
| ☐ DEPT. FILES | ☐ | Kelly Meacham/Captain Lanett Fire Department |
| ☐ | ☐ | **DEPARTMENT HEAD** |
| ☐ | ☐ | Harry Hudson/Chief Lanett Fire Department    4/4/88 |
| | | **OTHER** |

# APPENDIX F, FIRE INVESTIGATION

1. It is important to determine the cause of all fires. The IC should attempt to determine the cause of all fires. The determination must be based upon facts, observations, and the report of witnesses. Hearsay should never be used as the basis for reporting the determination of cause.

2. When fire investigations are needed and are beyond the IC's level of expertise, one of the following personnel should be contacted:

   Randy Brown
   Terry Daniel

3. Anytime the IC calls for an investigation, a report should be completed by the IC and investigator. An investigation report is not public record and should be kept confidential.

# Alabama State Board of Health

34876



*THIS IS TO CERTIFY that a license is hereby granted by the STATE BOARD OF HEALTH*

*To*

TERRY L. DANIEL
EMERGENCY MEDICAL TECHNICIAN/BASIC

Located in _____ CHAMBERS _____ County, Alabama

THIS license Shall Expire _____ JUNE 30, 1991 _____ and subject to the provisions of Act 1590, Regular Sessions 1971 Legislature. This license shall not be Assignable or Transferable and shall be subject to revocation as specified in Part II — The License, Section D of the STATE BOARD OF HEALTH, RULES, REGULATIONS AND STANDARDS, EMERGENCY MEDICAL SERVICES.

IN WITNESS WHEREOF, I have here unto set my hand this 13TH day of _____ JUNE _____ 19 88

_____
State Health Officer

LICENSE No. _____ 8834876

ADPH-F-EMS-22/Rev. 5-87

# ALABAMA FIRE COLLEGE

## SHELTON STATE COMMUNITY COLLEGE

TERRY L. DANIEL

### Has Satisfactorily Completed   12   Hours Of Study Prescribed For

HAZARDOUS MATERIALS AWARENESS—OPERATIONAL TRAINING COURSE

PHENIX CITY

### And Is Hereby Granted This Certificate.

**Presented This** _____ Seventeenth _____ **Day Of** _____ December _____ **19** 89 .

Chancellor
Department of Postsecondary Education

Executive Director Alabama Fire College

President
Shelton State Community College



# Alabama Fire College And
## Personnel Standards Commission
### A DIVISION OF SHELTON STATE COMMUNITY COLLEGE

In recognition of successful completion
of the required course of study awards this

**INSTRUCTOR I**

# CERTIFICATE

to

**Terry L. Daniel**

this 30th day of September, 1991

Chairman of Commission

Executive Director

Certificate Number I 1530

# ALABAMA FIRE COLLEGE AND
## PERSONNEL STANDARDS COMMISSION

A DIVISION OF SHELTON STATE COMMUNITY COLLEGE

November 22, 1991

Chief Donald A. Smith
Lanett Fire & EMS Departments
P. O. Box 290
Lanett, AL  36863

Dear Chief Smith:

Enclosed are the Instructor I certificates earned by the following members of your department:

Riley Belcher
Terry L. Daniel

Each certificate is a symbol of a significant achievement by an individual.  It also stands as a recognition of the vast body of knowledge and skills required of those engaged in fire protection.

As our people earn certificates such as these, each of us in the fire service can walk a little taller knowing that we are better prepared to protect the public we serve.   Please extend my heartiest congratulations to these individuals and to those who were their instructors for a job well done.

Thank you for your support of career standards and improved training for the fire service.

Sincerely,


W. L. Langston
Executive Director

WLL:gp

Enclosures



ADPH-F-EMS-22/Rev. 6-87

# Alabama State Board of Health

THIS IS TO CERTIFY that a license is hereby granted by the STATE BOARD OF HEALTH

To

DANIEL, TERRY L.

EMT BASIC
AMBULANCE DRIVER

Located in _____ CHA_____ County, Alabama

THIS license Shall Expire _____ JUNE 30_____ and _____ subject to the provisions of Act 1590, Regular
Sessions 1971 Legislature. This license sh_____ be Assignable or Tra_____ble and shall be subject to revocation as
specified in Part II — The License, Sectio_____ of the STATE BOARD O_____ LTH, RULES, REGULATIONS AND
STANDARDS, EMERGENCY MEDIC_____ SERVICES.

IN WITNESS WHEREOF, I have here_____ set my hand this _____ 24TH _____ day of _____ APRIL _____ 19 ___ 91

LICENSE No. _____ 8834876

FEE PAID: $15.00



_____
State Health Officer

45993



# Alabama Fire College And
## Personnel Standards Commission

**A DIVISION OF SHELTON STATE COMMUNITY COLLEGE**

In recognition of successful completion
of the required course of study awards this

### INSTRUCTOR I

# CERTIFICATE

to

**Terry H. Daniel**

this 30th day of September, 1991

_Rud. Guie_
Chairman of Commission

_W.L. Langston_
Executive Director

Certificate Number **I 1550**

ALABAMA FIRE COLLEGE AND
PERSONNEL STANDARDS COMMISSION

A DIVISION OF SHELTON STATE COMMUNITY COLLEGE

November 7, 1991

Terry L. Daniel
2409 8th St. S. W.
Lanett, AL  36863

Dear Mr. Daniel:

Congratulations on your success in passing the State of
Alabama Fire Instructor I written examination November 5,
1991.  Your score was 78.

The professionalism and dedication you show through this
success speaks well of you, your department and the fire
service in general.  As each of us continues to study and
learn, our service to our citizens will improve and we
will meet the goal of reducing property and life loss due
to fire.

Again, please accept our heartiest congratulations on
your success.

Sincerely,

W. L. Langston
Executive Director

WLL/gp

# Alabama Fire College

## SHELTON STATE COMMUNITY COLLEGE

### TERRY L. DANIEL

*Has Attended* **16** *Hours of Study In*

## POSITIVE PRESSURE VENTILATION

*And Is Hereby Granted This Certificate Of Attendance*

Presented This ———— TWENTY-SIXTH ———— Day Of —— FEBRUARY ——, 19 92 .

Chancellor
Department of Postsecondary Education

Executive Director, Alabama Fire College

Shelton State Community College

President
Shelton State Community College

# Alabama Fire College

## SHELTON STATE COMMUNITY COLLEGE

**TERRY L. DANIEL**

Has Attended **16** Hours of Study In

## POSITIVE PRESSURE VENTILATION

And Is Hereby Granted This Certificate Of Attendance

Presented This _____ TWENTY-SIXTH _____ Day Of _____ FEBRUARY _____, 19 **92**.

_Fred Gainous_
**Chancellor**
**Department of Postsecondary Education**

_W. L. Langston_
**Executive Director, Alabama Fire College**

_James E. Spaling_
**President**
**Shelton State Community College**

16-47, FEB 91

# Federal Emergency Management Agency

## EMERGENCY MANAGEMENT INSTITUTE

### CERTIFICATE OF ACHIEVEMENT

THIS IS TO ACKNOWLEDGE THAT

**TERRY LYNN DANIEL**

HAS SUCCESSFULLY COMPLETED

**AWARENESS FOR INITIAL RESPONSE TO HAZARDOUS MATERIALS INCIDENTS**



*Linda Bushnirler*
Superintendent
Emergency Management Institute

_____
Course Manager

**MAY 2, 1992**
Date

_____
Associate Director
State and Local Programs
and Support Directorate

_____
State Director

# EMTEC

## Emergency Medical Training and Educational Classroom

### Under the Direction of AmServ EMS

This is to Certify that

*Jerry L Daniel*

has successfully completed the established course curriculum for

**EMTEC** education course

## Prehospial Care Report: A Guide to Better Reporting

at Lanette, Alabama

November 8, 1993

Credit Hours    2

Course Number  93-0848

ABNP 0237

Sponsored by PACE and ACHO

Carolyn Howell, Instructor

Paramedic/Program Director

# National Board on Fire Service

## Professional Qualifications

It is hereby confirmed that

**TERRY L. DANIEL**

having been examined by an accredited agency in the

National Professional Qualifications System is certified as

**FIRE FIGHTER I**

December 7, 1993



_____
Secretary to the Board

_____
Chairman of the Board

Certificate # 477

# National Board on Fire Service
## Professional Qualifications

*It is hereby confirmed that*

### TERRY L. DANIEL

*having been examined by an accredited agency in the*
*National Professional Qualifications System is certified as*

### FIRE INSTRUCTOR I

*December 7, 1993*



Certificate # 22

_____
Secretary to the Board

_____
Chairman of the Board

# ALABAMA

## STATE MILITARY DEPARTMENT

### OFFICE OF THE ADJUTANT GENERAL

#### P. O. BOX 3711

#### MONTGOMERY, ALABAMA 36109—0711

AL-IG  (20-1a)                                              09 March 1994

MEMORANDUM THRU

COMMANDER, 31st ARMORED BRIGADE, 2509 44th AVENUE, NORTHPORT, AL
 35476-3635

COMMANDER, 1/167th INFANTRY, P.O. BOX 451, TALLADEGA, AL
 35160-0451

FOR COMMANDER, COMPANY A, 1/167th INFANTRY BATTALION, P.O. BOX
     330, VALLEY, AL  36854-0330

SUBJECT:  Certificate of Achievement

1.  It is a pleasure to forward the enclosed Certificate of
Achievement for SPC Terry L. Daniel.  His outstanding performance in
preparation for the recent Inspector General Inspection is highly
commendable.

2.  Please present this Certificate of Achievement at an appropriate
ceremony and express my appreciation to SPC Terry L. Daniel.


                                  JAMES E. MOORE
Encl                              Major General, AL ARNG
as                                The Adjutant General

AL-SAB-CG (AL-IG/09 Mar 94) (20-1a)      1st End BG Bowen/sfh/339-1555
SUBJECT:  Certificate of Achievement

Commander, 31st Armored Brigade, 2509 44th Ave, Northport, AL  35476
  24 March 1994

THRU Commander, 1/167 Infantry Battalion, P.O. Box 451, Talladega, AL
35160-0451

FOR SPC Terry L. Daniel, Company A, 1/167 Infantry Battalion,
    P.O. Box 330, Valley, AL  36854-0330

1.  I am pleased to convey to you this Certificate of Achievement for
your performance in the preparation of the recent Inspector General
Inspection for your unit.

2.  Your contribution to your unit and the 31st Brigade are commend-
able and greatly appreciated by all those concerned.

                        *Crayton M Bowen*

Encl                    CRAYTON M. BOWEN
as                      BG, AL ARNG
                        Commanding




                        "PACESETTERS"

# ALABAMA

## STATE MILITARY DEPARTMENT

### OFFICE OF THE ADJUTANT GENERAL

#### P. O. BOX 3711

#### MONTGOMERY, ALABAMA 36109—0711

AL-IG  (20-1a)                                              09 March 1994

MEMORANDUM THRU

COMMANDER, 31st ARMORED BRIGADE, 2509 44th AVENUE, NORTHPORT, AL
  35476-3635

COMMANDER, 1/167th INFANTRY, P.O. BOX 451, TALLADEGA, AL
  35160-0451

FOR COMMANDER, COMPANY A, 1/167th INFANTRY BATTALION, P.O. BOX
      330, VALLEY, AL  36854-0330

SUBJECT:  Certificate of Achievement


1.  It is a pleasure to forward the enclosed Certificate of
Achievement for SPC Terry L. Daniel.  His outstanding performance in
preparation for the recent Inspector General Inspection is highly
commendable.

2.  Please present this Certificate of Achievement at an appropriate
ceremony and express my appreciation to SPC Terry L. Daniel.


Encl                        JAMES E. MOORE
as                          Major General, AL ARNG
                            The Adjutant General

# ALABAMA FIRE COLLEGE



Has Satisfactorily Completed   24 Hours of Study in

## HAZARDOUS MATERIALS AWARENESS-OPERATIONAL

And is Hereby Granted this Certificate of Attendance

**TERRY C. DANIEL**

**December 12, 1994**

President
Shelton State Community College

Executive Director
Alabama Fire College

LITHO IN U.S.A.

# ALABAMA FIRE COLLEGE



HAS SATISFACTORILY COMPLETED   24 HOURS OF STUDY IN

## HAZARDOUS MATERIALS INCIDENT COMMANDER

AND IS HEREBY GRANTED THIS CERTIFICATE OF ATTENDANCE

**TERRY C. DANIEL**

**December 12, 1994**

President
Shelton State Community College

Executive Director
Alabama Fire College

# ALABAMA FIRE COLLEGE

**TERRY C. DANIEL**

HAS SATISFACTORILY COMPLETED 24 HOURS OF STUDY IN

## HAZARDOUS MATERIALS AWARENESS-OPERATIONAL

AND IS HEREBY GRANTED THIS CERTIFICATE OF ATTENDANCE

*December 12, 1994*

President
Shelton State Community College

Executive Director
Alabama Fire College

# CERTIFICATE OF ACHIEVEMENT

IS AWARDED TO

## SPC TERRY L. DANIEL
### COMPANY A, 1/167th INFANTRY BATTALION

08 FEBRUARY 1994

FOR YOUR INVALUABLE ASSISTANCE IN PREPARATION FOR THE INSPECTOR GENERAL INSPECTION. YOUR INITIATIVE AND ATTENTION TO DETAIL CONTRIBUTED TO THE SUCCESSFUL RATING RECEIVED ON THE INSPECTION.

*JAMES E. MOORE*
Major General, AL ARNG
The Adjutant General

# CERTIFICATE OF ACHIEVEMENT

IS AWARDED TO

## SPC TERRY L. DANIEL
COMPANY A, 1/167th INFANTRY BATTALION

08 FEBRUARY 1994

FOR YOUR INVALUABLE ASSISTANCE IN PREPARATION FOR THE
INSPECTOR GENERAL INSPECTION. YOUR INITIATIVE AND
ATTENTION TO DETAIL CONTRIBUTED TO THE SUCCESSFUL
RATING RECEIVED ON THE INSPECTION.

*JAMES E. MOORE*
Major General, AL ARNG
The Adjutant General

DEPARTMENTS OF THE ARMY AND THE AIR FORCE
NATIONAL GUARD BUREAU
REPORT OF SEPARATION AND RECORD OF SERVICE

REPORT OF SEPARATION AND RECORD OF SERVICE IN THE ARMY NATIONAL GUARD OF <u>ALABAMA</u> AND AS A RESERVE OF THE ////

| 1. LAST NAME - FIRST NAME - MIDDLE NAME | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| DANIEL TERRY LYNN | ARNGUS/ALABAMA | 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 |

| 4. DATE OF ENL/APPT | YR | MO | DA | 5a. RANK | 5b. PAY GRADE | 6. DATE OF RANK | YR | MO | DA | 7. DATE OF BIRTH | YR | MO | DA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 91 | 08 | 15 | SPC | E4 | | 92 | 09 | 15 | | 60 | 07 | 10 |

| 8a. STATION OR INSTALLATION AT WHICH EFFECTED | 8b. EFFECTIVE DATE OF DISCH/SEP | YR | MO | DA |
|---|---|---|---|---|
| DET 2 CO A 1 BN 167 IN    VALLEY    AL  36854-0330   UPC: PKPAD    PRN: 653 | | 02 | 08 | 15 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. RECORD OF SERVICE | YRS | MOS | DAYS |
|---|---|---|---|---|
| THE RETIRED RESERVE AR-PERSCOM 1 RESERVE WAY ST LOUIS, MO 63132 | (a) NET SERVICE THIS PERIOD | 11 | 00 | 01 |
| | (b) PRIOR RESERVE COMPONENT SERVICE | 06 | 00 | 00 |
| | (c) PRIOR ACTIVE FEDERAL SERVICE | 00 | 00 | 00 |

| 11. (a) TERMINAL DATE OF RESERVE/ MILITARY SERVICE OBLIGATION | YR | MO | DA | 11. (b) ETS | YR | MO | DA | (d) TOTAL SERVICE FOR PAY | 17 | 00 | 01 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 07 | 08 | 14 | | 07 | 08 | 14 | | | | |

| 12. MILITARY EDUCATION (Course Title, number of weeks, and year and month completed) | 13. MOS SPECIALTY NUMBER, TITLE AND EARLIEST DATE AWARDED |
|---|---|
| INFANTRYMAN CRS, 1978////SECURITY TRAINING CRS, 2 WEEKS, 2002///////////////  ////NOTHING FOLLOWS | |

| | MOS | TITLE | DATE |
|---|---|---|---|
| (P) | 11B10000 | INFANTRYMAN | 920915 |
| (S) | NONE | | NA |
| (A) | NONE | | NA |

| 14. HIGHEST EDUCATION LEVEL SUCCESSFULLY COMPLETED | 15. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, |
|---|---|
| HIGH SCHOOL GRADUATE REGARDLESS OF NUMBER OF YEARS COMPLETED | NATIONAL DEFENSE SERVICE MEDAL w/1 BRONZE SERVICE STAR// ARMY RESERVE COMPONENT ACHIEVEMENT MEDAL w/3 BRONZE OAK LEAF CLUSTERS//ARMED FORCES RESERVE MEDAL w/BRONZE 10 YR DEV & "M" DEV//SHARPSHOOTER QUALIFICATION BADGE w/RIFLE BAR//FAITHFUL SERVICE MEDAL OF ALABAMA w/3 BRONZE SAINT ANDREWS CROSSES//ARMY SERVICE RIBBON//ACTIVE DUTY BASIC TRAINING RIBBON OF ALABAMA///////NOTHING FOLLOWS |

| 16. SERVICEMAN'S GROUP LIFE INSURANCE COV | 17. PERSONNEL SECURITY INVESTIGATION | | |
|---|---|---|---|
| (X) YES  ( ) NO | a. TYPE NO INVESTIGATION | c. DATE COMPLETED | |
| AMT $250,000 | b. CLEARANCE NONE | NA | |

18. REMARKS:

NGB FORM 22E PREPARED BASED UPON VERIFIED INFORMATION/DATA ON FILE AT TIME OF DISCHARGE/SEPARATION//NGB FORM 22E AND NGB FORM 55b MAILED TO INDIVIDUALS LAST KNOWN ADDRESS AS SHOWN IN ITEM 19 BELOW/////ACTIVE DUTY SERVICE THIS PERIOD:  IN SUPPORT OF OPERATION NOBLE EAGLE:  020106-020815/////SELECTED RESERVE TRANSITION PROGRAM TYPE:  XM ////////NOTIFICATION OF ELIGIBILITY FOR RETIRED PAY AT AGE 60 WITH 15 YEARS SERVICE ISSUED:  021120////NOTHING FOLLOWS

| 19. MAILING ADDRESS AFTER SEPARATION (Street, RFD, City, State and Zip) | 20. SIGNATURE OF PERSON BEING SEPARATED |
|---|---|
| 2409  8TH STREET SW    LANETT    , AL  36860 | SOLDIER NOT AVAILABLE FOR SIGNATURE |

| 21. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER | 22. SIGNATURE OF OFFICER AUTHORIZED TO SIGN |
|---|---|
| HUDSON M. ABRAMS, WO1, AL ARNG, Chief, Personnel Records | Hudson M. Abrams, WO1 |

NGB FORM 22E    15 OCT 92    (PROPONENT IS TAGO AL MPMO-EPAS)    INDIVIDUAL COPY (1)

*************************************<u>DO NOT PROVIDE INFORMATION BELOW THIS LINE WITHOUT REQUEST FROM INDIVIDUAL (REF: ITEM 27 BELOW)</u>*******************

| 23. AUTHORITY AND REASON FOR DISCHARGE:    MPMO-PSB ORDERS 309-043,  5 NOV 02 AND PARA 8-26j(1)    , NGR 600-200. |
|---|

| 24. CHARACTER OF SERVICE HONORABLE | 25. TYPE OF CERTIFICATE ISSUED NGB FORM 55b | 26. REENLISTMENT ELIGIBILITY RE CODE: 3 |
|---|---|---|

| 27.    ( ) REQUEST    ( ) DECLINE COPIES OF MY NGB FORM 22    INITIALS _____ |
|---|

NGB FORM 22E    ·15 OCT 92    (PROPONENT IS TAGO AL MPMO-EPAS)

(2) <u>INDIVIDUAL COPY IF REQUESTED, OTHERWISE PLACE IN MPRJ</u>    (3) MPRJ COPY AND ARPERCEN    (4) STATE HISTORICAL FILE

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| DANIEL  TERRY LYNN | ARMY/ARNG | 417  88  2127 |

| 4.a GRADE, RATE OR RANK | 4.b PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIG. TERM. DATE |
|---|---|---|---|
| SPC | E4 | 19600710 | Year 0000 Month 00 Day 00 |

| 7.a PLACE OF ENTRY INTO ACTIVE DUTY | 7.b HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| LANETT, AL | 2409 8TH STREET SW<br>LANETT, AL  36863 |

| 8.a LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8.b STATION WHERE SEPARATED |
|---|---|
| 010167INCO B DET2 FW FC | FORT RUCKER, AL  36362-5000 |

**9. COMMAND TO WHICH TRANSFERRED**

DET 2 FWD, B CO 1/167 IN, PELHAM, AL  36831

**10. SGLI COVERAGE** ☐ None
Amount: $ 250,000.00

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|---|
| 11B10 00 INFANTRYMAN--15 YRS-0 MOS//NOTHING FOLLOWS | a. Date entered AD This Period | 2002 | 01 | 06 |
| | b. Separation Date This Period | 2002 | 08 | 15 |
| | c. Net Active Service This Period | 0000 | 07 | 10 |
| | d. Total Prior Active Service | 0000 | 06 | 27 |
| | e. Total Prior Inactive Service | 0015 | 09 | 24 |
| | f. Foreign Service | 0000 | 00 | 00 |
| | g. Sea Service | 0000 | 00 | 00 |
| | h. Effective Date of Pay Grade | 1992 | 09 | 15 |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)**

ARMY RESERVE COMPONENTS ACHIEVEMENT MEDAL (5TH AWARD)//NATIONAL DEFENSE SERVICE MEDAL//ARMED FORCES RESERVE MEDAL//ARMY SERVICE RIBBON//SHARPSHOOTER MARKSMANSHIP QUALIFICATION BADGE M-16//NOTHING FOLLOWS

**14. MILITARY EDUCATION (Course title, number of weeks and month and year completed)**

NONE//NOTHING FOLLOWS

| 15.a MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERAN'S EDUCATIONAL ASSISTANCE PROGRAM | Yes | No | 15.b HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes | No | 16. DAYS ACCRUED LEAVE PAID |
|---|---|---|---|---|---|---|
| | | X | | X | | 19.0 |

| 17. MEMBER WAS PROVIDED A COMPLETE DENTAL EXAM AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | Yes | X | No |
|---|---|---|---|

**18. REMARKS**

DATA HEREIN SUBJECT TO COMPUTER MATCHING WITHIN DOD OR WITH OTHER AGENCIES FOR VERIFICATION PURPOSES AND DETERMINING ELIGIBILITY OR COMPLIANCE FOR FEDERAL BENEFITS//ITEM 12D ABOVE DOES NOT ACCOUNT FOR ANNUAL AND/OR WEEKEND TRAINING THIS SOLDIER MAY HAVE ACCOMPLISHED PRIOR TO DATE ENTERED IN ITEM 12A//ORDERED TO ACTIVE DUTY IN SUPPORT OF OPERATION NOBLE EAGLE IAW 10 USC TITLE 10//NOTHING FOLLOWS

| 19.a MAILING ADDRESS AFTER SEPARATION (Include Zip Code) | 19.b NEAREST RELATIVE (Name and address - Include Zip Code) |
|---|---|
| 2409 8TH STREET SW<br>LANETT, AL  36863 | GINA M DANIEL<br>2409 8TH STREET SW<br>LANETT, AL  36863 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO  AL  DIR OF VET. AFFAIRS | Yes | X | No | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
|---|---|---|---|---|

**21. SIGNATURE OF MEMBER BEING SEPARATED**

*[signature]*

ELIZABETH D. WHITESIDE, SFC, USA, CHIEF, TM

---

**SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)**

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) | |
|---|---|---|
| RELEASE FROM ACTIVE DUTY | HONORABLE | |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| AR 635-200, CHAP 4 | MBK | 1 |

**28. NARRATIVE REASON FOR SEPARATION**

COMPLETION OF REQUIRED ACTIVE SERVICE

| 29. DATES OF TIME LOST DURING THIS PERIOD | 30. MEMBER REQUESTS COPY 4 |
|---|---|
| NONE | Initials |

DD Form 214-AUTOMATED, NOV 88          *Previous editions are obsolete.*          MEMBER -

COMPANY A 1ST BATTALION 167TH (MECH) INFANTRY
ALABAMA ARMY NATIONAL GUARD
(FOURTH ALABAMA)
Post Office Box 330
Valley, Alabama 36854-0330

AL-167-A                                          9 December 1995

MEMORANDUM FOR  SPC Terry L. Daniel, Co A 1-167th (M) Inf, Valley, AL 36854

SUBJECT  Letter of Commendation

1. I wish to take this opportunity to commend you for your superior
performance of duty during this past year while serving your State and
Nation as a member of this unit of the Alabama National Guard.

2. Your untiring efforts and constant dedication to duty has been an
instrumental factor in the improvement of this company, the Espirit de
Corps of the personnel, the present level of unit strength and the combat
readiness of the unit.

3. The efforts that you have expended in publicizing this unit throughout
the Valley area in terms of open houses and displays has been a tremendous
asset in recruitment and positive public relations for this unit. All of
these efforts has been successful because you were willing to take the
extra step when it came to helping with coordination of equipment and
procurement of necessary display items.

4. I, along with others in this unit, take great deal of pride in your
support of Company A. I remain ready to assist you in any manner necessary
to effect your cause.

5. Thanks for a job well done! "FOURTH ALABAMA".


                          BARRY C. WAITES
                          SSG, GS, AL ARNG
                          Support Services Specialist

COMPANY A 1ST BATTALION 167TH (MECH) INFANTRY
ALABAMA ARMY NATIONAL GUARD
(FOURTH ALABAMA)
Post Office Box 330
Valley, Alabama 36854-0330

1 December 1995

AL-167-A

MEMORANDUM FOR  SPC Terry L. Daniel, Co A 1-167th (M) Inf, Valley, AL 36854

SUBJECT  Letter of Commendation

1. Upon my departure as the commanding officer of Company A 1st Battalion 167th (M) Infantry, I would like to take this opportunity to commend you for your excellent performance of duty during my period of command.

2. During my tenure as Commander, you have demonstrated true professional dedication to this unit. You have been willing and able to participate in open houses, displays, transportation of equipment, and many other events which have helped this unit. You have been the type of soldier who always insures the mission/job is performed to correct standards.

3. I am also aware that you have been personally responsible for the recruitment of several productive new members for this unit. Your efforts in this area have been a tremendous asset to the strength of this unit.

4. Your efforts are emulative of a high degree of effort and attests to the fact that you have made yourself readily available at any hour of the day, and any day of the week, and has obviously required an inordinate amount of extra hours on your part.

5. You may rest assured that I, as Company Commander, take great deal of pride in your support of Company A. If I can ever assist you with your efforts, please do not hesitate to contact me.

KENNON W. WHALEY
CPT, INF, AL ARNG
Commanding

14

SFC CLYDE B. BROWN
ALABAMA ARMY NATIONAL GUARD
Post Office Box 330
Valley, Alabama 36854-0330
(334) 756-6699
(334) 756-3464

6 January 1996

TO WHOM IT MAY CONCERN:

SUBJECT: TERRY DANIELS

I have known Terry Daniels over six years. I enlisted Terry into the Alabama Army National Guard and have served with him during those six years in Valley. Terry has proved himself to be an asset to the Valley Unit and the Alabama Army National Guard. He can always be depended on complete his assigned duties and do the extra mile when needed. His hard work and dedication to duty speak highly of him and his character. Terry is never late for drill and has never missed a weekend drill.

Terry has proved many time that he is not only a good team player but also a good team leader. Terry can always be called on when this unit needs help in this community. His attitude toward community involvement is hard to beat.

Terry's strongest assets are his leadership ablity and his dedication to duty.

CLYDE B. BROWN
SFC AL ARNG
Strength Manager



# Alabama State Board of Health

THIS IS TO CERTIFY that a license is granted by the STATE BOARD OF HEALTH

To

DANIEL, TERRY L

THIS license Shall Expire    03/31/2000    and is subject to the provisions of Act 1590, Regular Sessions 1971 Legislature. This license shall not be Assignable or Transferable and shall be subject to revocation as specified in Part II -- The License, Section D of the STATE BOARD OF HEALTH, RULES, REGULATIONS AND STANDARDS, EMERGENCY MEDICAL SERVICES.

IN WITNESS WHEREOF, I have unto set my hand this    05/28/1997

License No:    8834876

License Level:    EMT-Basic/Driver



State Health Officer

77329

ADPH-F-EMS-34/2-95

---

ADPH-F-EMS34/1-93



State Health Officer

61255

License Level:    EMT-Basic/Driver

License No:    8834876

06/16/1994

IN WITNESS WHEREOF, I have unto set my hand this

SERVICES.

BOARD OF HEALTH, RULES, REGULATIONS AND STANDARDS, EMERGENCY MEDICAL

shall be subject to revocation as specified in Part II -- The License, Section D of the STATE

Regular Sessions 1971 Legislature. This license shall not be Assignable or Transferable and

THIS license Shall Expire    06/30/1997    and is subject to the provisions of Act 1590,

DANIEL, TERRY L.

To

THIS IS TO CERTIFY that a license is granted by the STATE BOARD OF HEALTH

# Alabama State Board of Health



# EAST ALABAMA EMERGENCY MEDICAL SERVICES, INC.



## THIS IS TO CERTIFY THAT

Terry L. Daniel

## HAS COMPLETED THE COURSE IN

EMT-BASIC REFRESHER

In witness whereof the seal of the agency and the signatures of the duly authorized officers are hereunto affixed on this ___16th___ day of ___November___ 19 __97__

Executive Director





*"A System To Save Lives"*



Instructor

ORDERS 006-010, TAG-AL-PSB, 06 January 2002

FOR ARMY USE:
Authority:  HQDA DA MOBILIZATION ORDER 061-02 OPERATION NOBLE EAGLE,
    (Title 10 USC Section 12302), (Executive Order 13223, 14 SEPTEMBER 2001).
    PERM ORD 355-1, HQ 1USA, FT GILLEM, GA, DATED 21 DECEMBER 2001.

Accounting Classification:  CONUS FORCE PROTECTION (NOBLE EAGLE):  97 X
0833.0100 01-1100 P0415A00 11**/12** VTER/F9FP1 S99999 (OFFICER PERSONNEL), 97
X 0833.0100 01-1100 P0415B00 11**/12** VTER/F9FP1 S99999 (ENLISTED PERSONNEL);
ENDURING FREEDOM:  97 X0833.0100 01-1100 P0415A00 11**/12** VFRE (FCA CODE)
S99999 (OFFICER PERSONNEL), 97 X 0833.01000 01-1100 P0415B00 11**/12** VFRE
(FCA CODE) S99999 (ENLISTED PERSONNEL)

Sex: MALE
Movement designator code: PM
PMOS/AOC/ASI/LIC: 11B1
HOR:  2409 8TH STREET SW, LANETT, AL  36863
DOR:  19920915
PEBD: 19850815
Security Clearance: NONE
Comp:  AL ARNG
Format:  165

FOR THE ADJUTANT GENERAL:

```
                    \\\\\\\\\//////////
                    \\   HQ ALARNG    //
                    \\     OFFICIAL   //
                    \\\\\\\\\//////////
                    JAMES D. SMITH
                    COL, GS, AL ARNG
                    MILPO
```

DISTRIBUTION:
HQDA (DAMH-HSO), WASHINGTON, DC 20314-0200 (1)
HQDA (DAMH-HSO-U), WASHINGTON, DC 20314-0200 (2)
HQDA (DAAR-ODF-FD), WASHINGTON, DC 20310 (1)
HQDA (NGB-ARO-RM), WASHINGTON, DC 20310 (1)
HQ 1USA, FORT GILLEM, GA 30050-7000 (1)
HQ US ARMY INFANTRY CENTER, ATTN: ATSH-OTP-M, FORT BENNING, GA 31905 (1)
ARNG, DFAS, ATTN: NGB-ARC-F, COLUMN 224AA, 8899 E 56TH ST, INDIANAPOLIS,
    IN 46249-0028 (1)
TAG-AL (AL-MPMO), MONTGOMERY, AL 36109-0711 (1)
USP&FO-AL (AL-US-CM), MONTGOMERY, AL 36109-0715 (1)
62ND TRP CMD, MONTGOMERY, AL 36121-0368 (1)
HHC 1 BN 167 IN, CHILDERSBURG, AL  35044-5015 (1)
CO B 1 BN 167 IN, PELHAM, AL  35124-0825 (1)
SPC DANIEL, TERRY LYNN (5)
MPRJ (1)
FILE (1)

2

AMSTA-AN-LE-SM-T

24 JAN 2002

SUBJECT    Certification of IDF

This is to certify that through Post Mobilization Training at MOB site and supplemental Basic Security Guard Training, conducted by ANAD DLES Training, IAW AR 190-56, the troops of B Co, 1/167 IN (M), listed on attachment, have completed training and accomplished testing and skills assessment (equivalent to the Basic Security Guard 80 hour training) to accomplish their assigned mission on Anniston Army Depot, as specified in the unit mission statement.

C. D. AUSTIN
TRAINING INSTRUCTOR,
DIRECTORATE OF LAW
ENFORCEMENT AND SECURITY
ANNISTON ARMY DEPOT



"When you care enough to send the very best"

Jokers Wild
5 PLT B CO. 1/167 TH INF

You were defeated by the toughest, hardest-hitting professional

# *Alabama Fire College*
## *and Personnel Standards Commission*

*W.L. Langston, Executive Director*

April 9, 1998

Terry L. Daniel
2409 8th St SW
Lanett, AL 36863

Dear Mr. Daniel:

Enclosed is your **Apparatus Operator** certificate. Your certificate is a symbol of a significant achievement by an individual. It also stands as a recognition of the vast body of knowledge and skills required of those engaged in fire protection.

As our people earn certificates such as these, each of us in the fire service can walk a little taller knowing that we are better prepared to protect the public we serve. My heartiest congratulations to you and to those who instructed you for a job well done.

Sincerely,

W. L. Langston
Executive Director

WLL/ksd
Enclosures



# Alabama Fire College
## and Personnel Standards Commission

*W. L. Langston, Executive Director*

July 16, 1998

Terry L. Daniel
2409 8th St SW
Lanett, AL 36863

Dear Mr. Daniel:

Enclosed is your **Fire Officer I** certificate.  Your certificate is a symbol of a significant achievement by an individual.  It also stands as a recognition of the vast body of knowledge and skills required of those engaged in fire protection.

As our people earn certificates such as these, each of us in the fire service can walk a little taller knowing that we are better prepared to protect the public we serve.  My heartiest congratulations to you and to those who instructed you for a job well done.

Sincerely,

W. L. Langston
Executive Director

WLL/ksd
Enclosures

*2501 Phoenix Drive • Tuscaloosa, Alabama 35405-2847*



# ALABAMA FIRE COLLEGE AND
# PERSONNEL STANDARDS COMMISSION

In recognition of successful completion
of the required courses of study, awards this

## FIRE FIGHTER II

# CERTIFICATE

to

*Terry L. Daniel*

this    4ᵗʰ    day of    *March, 1998*

_Wayne Single_
Chairman of Commission

_H. L. Langston_
Executive Director

Certificate Number _____

**F2-2773**



# BTLS BASIC

## CERTIFICATE OF PARTICIPATION

# TERRY DANIEL

has completed the BTLS Basic Course

**JUNE 30, 1998**

Date

**VALLEY, ALABAMA**

Course Site

**RON SHIVER, MD**

Course Director

**STEVE WALDEN**

Course Coordinator





# ALABAMA FIRE COLLEGE AND PERSONNEL STANDARDS COMMISSION

*In recognition of successful completion of the required courses of study, awards this*

## FIRE OFFICER I

# CERTIFICATE

to

*Terry L. Daniel*

this    14th    day of    July, 1998

_____
Wayne Singley
Chairman of Commission

_____
Executive Director

Certificate Number _____    **F0827**



*Alabama Fire College*
*and Personnel Standards Commission*

*W.L. Langston, Executive Director*

March 4, 1998

Terry L. Daniel
2409 8th St SW
Lanett, AL 36863

Dear Mr. Daniel:

Enclosed is your **Fire Fighter II** certificate.  Your certificate is a symbol of a significant achievement by an individual.  It also stands as a recognition of the vast body of knowledge and skills required of those engaged in fire protection.

As our people earn certificates such as these, each of us in the fire service can walk a little taller knowing that we are better prepared to protect the public we serve.  My heartiest congratulations to you and to those who instructed you for a job well done.

Sincerely,

W. L. Langston
Executive Director

WLL/ksd
Enclosures