

# ALABAMA FIRE COLLEGE AND PERSONNEL STANDARDS COMMISSION

## CERTIFICATE

### APPARATUS OPERATOR

In recognition of successful completion of the required courses of study, awards this

to

*Terry L. Daniel*

this    9th    day of    April, 1998

Wayne Singley
Chairman of Commission

B. K. Langston
Executive Director

Certificate Number    A2531



# National Board on Fire Service Professional Qualifications

It is hereby confirmed that

## Terry L. Daniel

having been examined by an accredited agency in the National Professional Qualifications System is certified as

### FIRE FIGHTER II

March 4, 1998



Secretary to the Board

Chairman of the Board

Certificate #  44888

# National Board on Fire Service Professional Qualifications

*It is hereby confirmed that*

## Terry L. Daniel

*having been examined by an accredited agency in the National Professional Qualifications System is certified as*

## FIRE APPARATUS DRIVER/OPERATOR

NFPA 1002

*April 9, 1998*

Certificate # 45420

Secretary to the Board

Chairman of the Board

NPQS



## CERTIFICATE OF PARTICIPATION

# TERRY DANIEL

has completed the BTLS Basic Course

**JUNE 30, 1998**

Date

**VALLEY, ALABAMA**

Course Site

**RON SHIVER, MD**

Course Director

**STEVE WALDEN**

Course Coordinator



# National Board on Fire Service Professional Qualifications

*It is hereby confirmed that*

## Terry L. Daniel

*having been examined by an accredited agency in the National Professional Qualifications System is certified as*

### FIRE OFFICER I

NFPA 1021

June 14, 1998


NPQS

Certificate # 48328

_____
Secretary to the Board

_____
Chairman of the Board



# *Alabama Fire College*
## *and Personnel Standards Commission*

*W.L. Langston, Executive Director*

February 24, 1999

Lanett Fire Department
Attn: Chief Ralph Cobb
PO Box 290
Lanett, AL 36863

Dear Chief Cobb:

Enclosed are the **Fire Officer II** certificates earned by the following members of your department:

**Terry L. Daniel**

Each certificate is a symbol of a significant achievement by an individual. It also stands as a recognition of the vast body of knowledge and skills required of those engaged in fire protection.

As our people earn certificates such as these, each of us in the fire service can walk a little taller knowing that we are better prepared to protect the public we serve. Please extend my heartiest congratulations to these individuals and to those who were their instructors for a job well done.

Thank you for your support of career standards and improved training for the fire service.

Sincerely,

W.L. Langston
Executive Director

WLL/mgp
Enclosures



# ALABAMA FIRE COLLEGE AND
# PERSONNEL STANDARDS COMMISSION

## CERTIFICATE

### FIRE OFFICER II

*In recognition of successful completion*
*of the required courses of study, awards this*



*to*

*Terry L. Daniel*

*this 24th day of February, 1999*

*Bonnie E. Howard*
Chairman of Commission



*Executive Director*

Certificate Number

**FO2131**

# National Board on Fire Service
# Professional Qualifications

*It is hereby confirmed that*

## Terry L. Daniel

*having been examined by an accredited agency in the*

*National Professional Qualifications System is certified as*

### FIRE OFFICER II

NFPA 1021

*February 24, 1999*

Certificate # 52344

Secretary to the Board



Chairman of the Board



# CERTIFICATE OF TRAINING

UNITED STATES FIRE ADMINISTRATION

Awarded to

*Terry Daniel*

in recognition for completion of the
National Fire Academy Course

**Incident Command System**

presented by
**Alabama Fire College**

issued this 27th day of    October, 2000

# Certificate of Completion

This certifies that

Terry L Daniel

has successfully completed the refresher

*Emergency Vehicle Operator Course (Ambulance)*

conducted at Lanett Fire and EMS Lanett, Alabama

on

10-30-00

Name of EVOC Course Instructor/Director Here

Refresher Course





# United States Department of Justice

# Center for Domestic Preparedness



this certificate is awarded to

## Terry L. Daniel

For Successful Completion of the

### WMD Incident Command Course (COBRA)

at Anniston, Alabama

October 20, 2001

_____
D. Sanjosian
Director
Center for Domestic Preparedness

_____
Curtis H. Straub II
Director
Domestic Preparedness Office

Certificate No.    1002811084

Vice President for Research

Auburn University

This is to certify that



*Terry L. Daniel*

was a participant in the

WMD Incident Command Course (COBRA)

2.4 Continuing Education Credits

October 16-20, 2001

# ALABAMA FIRE COLLEGE

## AND PERSONNEL STANDARDS COMMISSION

### Terry Lynn Daniel

HAS SATISFACTORILY COMPLETED   4   HOURS OF STUDY PRESCRIBED FOR

**Apparatus Operator Refresher**

AND IS HEREBY GRANTED THIS CERTIFICATE OF ATTENDANCE
PRESENTED THIS DATE:

December 05, 2002

_Ronnie E. Howard_
Commission Chairman

_[signature]_
Executive Director



# BTLS BASIC

## CERTIFICATE OF PARTICIPATION

# Terry Daniel

has completed the BTLS Basic Course

**May 22 & 23, 2002**

Date

**Lanett Fire**

Course Site

**Dr. Ron Shiver**

Course Director

**Jeff Monroe**

Course Coordinator



16-43, JUN '93

UNITED STATES FIRE ADMINISTRATION

# CERTIFICATE OF TRAINING

Awarded to

## Terry L. Daniel

in recognition for completion of the
National Fire Academy Course

**EMERGENCY RESPONSE TO TERRORISM:**
**TACTICAL CONSIDERATION - EMERGENCY MEDICAL SERVICES**

presented by

The National Fire Academy

issued this 14th day of December, 2002



# Basic Trauma Life Support

## Provider Course, May 22nd & 23rd , 2002

Sponsored By:    Lanett Fire & EMS

This Certifies That

**Terry Daniel**

Has Successfully Completed 16 Hours of Continued Training According to the Standards Established by BTLS International and Alabama ACEP for Emergency Providers

Level of Certification:    **Basic**
License Number:    8834876
Licensed State:    Alabama
Course Location:    Lanett, Al. City Hall

Course Coordinator:

Jeff Monroe, Fire Chief

DIRECTORATE OF LAW ENFORCEMENT & SECURITY

# CERTIFICATE

THIS CERTIFIES THAT

## *SPC TERRY L. DANIEL*

HAS SUCCESSFULLY COMPLETED A COURSE
OF INSTRUCTION EQUIVALENT TO THE

### SECURITY POLICE BASIC COURSE
(IAW AR 190-56)

23 January 2002



Training Coordinator

Director





# DEPARTMENT OF THE ARMY

## CERTIFICATE OF APPRECIATION



AWARDED TO

### SPC TERRY DANIEL

IN APPRECIATION FOR YOUR SELFLESS SERVICE IN MAINTAINING THE SAFETY AND SECURITY OF THE TACOM-PEO FAMILY. YOUR PRESENCE AT TACOM DURING OPERATION NOBLE EAGLE REASSURED OUR WORK FORCE, ASSOCIATES AND VISITORS, AND ENABLED THEM TO CONTINUE THEIR MISSION OF SUPPORTING THE SOLDIERS IN THE FIELD. YOUR PROFESSIONALISM, DEDICATION AND CONCERN FOR OTHERS EPITOMIZE TACOM'S MOTTO--"COMMITTED TO EXCELLENCE"-AND REFLECTS GREAT CREDIT UPON YOU AND THE US ARMY.

SEPTEMBER 2002

DENNIS W. CRANDELL
CSM, USA
Command Sergeant Major
US Army Tank-automotive
and Armaments Command

GARY B. CARNEY
COLONEL, USA
Chief of Staff
US Army Tank-automotive
and Armaments Command

DA FORM 7013, 1 AUG 91

# Honorable Discharge

## FROM THE FEDERALLY RECOGNIZED ARMY NATIONAL GUARD





*This is to certify that*

TERRY LYNN DANIEL   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   SPECIALIST   DET 2 CO A 1 BN 167 IN

*was Honorably Discharged from the*

## Army National Guard

*of* _____ALABAMA_____

*transferred to the United States Army Retired Reserve*

*on the* __15TH__ *day of* ____AUGUST 2002____   *This certificate is awarded*

*as a testimonial of Honest and Faithful Service*

*Hudson M. Abrams*
HUDSON M. ABRAMS, WO1, AL ARNG
CHIEF, PERSONNEL RECORDS

"This discharge does not relieve the individual named herein from any unfulfilled obligation to perform military service which may be imposed on him/her by law."

NGB FORM 22

Alabama
STATE MILITARY DEPARTMENT
PERSONNEL SERVICE BRANCH
Post Office Box 3711
Montgomery, Alabama 36109-0711

ORDERS 006-010                                              January 06, 2002

DANIEL, TERRY L  SPC  417882127  DET 2 FWD, B CO 1/167 IN (WPKPB2-670) PELHAM,
AL  36831

You are ordered to active duty as a member of your Reserve Component Unit for
the period indicated unless sooner released or unless extended.  Proceed from
your current location in sufficient time to report by the date specified.  You
enter active duty upon reporting to unit home station.

Report to:  NATIONAL GUARD ARMORY, DET 2 FWD, B CO 1/167 IN, (WPKPB2-670),
1000 YEAGER PARKWAY, PELHAM, AL  35124-0825 on 06 JANUARY 2002

Report to:  Fort Rucker, AL on 09 JANUARY 2002
Period of Active Duty:  NOT TO EXCEED 365 DAYS unless extended
Purpose: Operation NOBLE EAGLE
Mobilization category code:  G
Additional Instructions:

  a.  You are ordered to active duty with the consent of the Governor of the
State of Alabama.
  b.  Sure Pay is mandatory.  Soldier must bring the appropriate documentation
to support the requirement to authorize sure pay to the bank.
  c.  Early reporting is not authorized.
  d.  Unaccompanied baggage shipment is not authorized.
  e.  Movement of household goods and dependents is not authorized.
  f.  Movement by privately owned vehicle is authorized.
  g.  Travel by rental car is not authorized.
  h.  Nontemporary storage of household goods is authorized.
  i.  Excess accompanied baggage is not to exceed 120 pounds.
  j.  Bring with you complete military clothing bag and as classified on
packing list.
  k.  Soldier will handcarry (if available) complete MPRJ, health and dental,
training, and clothing records, if moving as an individual. (Records will not
be moved in the same conveyance as soldiers when they move as a group per AR
600-8-101, Chapter 5)
  l.  Bring copies of rental or mortgage agreement, marriage certificate,
birth certificate, birth certificate(s) of natural children, or documentation
of dependency or child support.
  m.  Bring copies of family care plan, wills, powers of attorney, and any
other documentation affecting the soldier's pay or status.
  n.  Personnel requiring eye correction will bring two pairs of eyeglasses
and eye inserts for a protective mask.
  o.  Government quarters and mess will be used.
  p.  Soldier is authorized storage of private owned vehicle at government
expense IAW JTR U5800.
  q.  Individual assigned to Para 203 Line 05, 11M1, IFV DRIVER, upon reaching
MOB designation.
  r.  "Call 1-800-336-4590 (National Committee for Employer Support of the
Guard and Reserve) or check on line at www.esgr.org if you have questions
regarding your employment/reemployment rights."

DEPARTMENT OF THE ARMY

HEADQUARTERS, UNITED STATES ARMY AVIATION CENTER AND FORT RUCKER
FORT RUCKER, ALABAMA 36362-5000

ORDERS 227-0501                                    15 August 2002

DANIEL, TERRY LYNN 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 SPC 010167INCO B DET2 FW (WPKPB2) FT RUCKER AL

You are released from active duty, not by reason of physical disability, and
assigned as indicated on the date immediately following release from active
duty.  Any temporary appointments held are terminated on your effective date
of release from active duty.

Effective date of release from active duty:  15 August 2002
Assigned to:  DET 2 FWD B CO 1/167 IN, PELHAM, AL  36831
Terminal date of Reserve obligation:  Not applicable
Additional instructions:  a.  Transition Assistance Management Program:
    (1)  Soldier is not entitled to separation pay IAW 10 USC 1174.
    (2)  Expiration medical:  021014
    (3)  Expiration post exchange/commissary:  Not applicable
    (4)  For information on benefits and services see the Army Career and Alumni
Program (ACAP) office, Army Community Services (ACS) office and/or your
military personnel office.
    b.  Individual was ordered to active duty in support of Operation Noble
Eagle.
    c.  Will proceed date: 15 August 2002.  d.  SPD: MBK.  e.  Official travel
arrangements purchased through a commercial travel office (travel) agency
not under contract to the government is not reimbursable.  f.  Government
transportation authorized from Fort Rucker, AL to Home of Record or PLEAD.

FOR ARMY USE
HOR:  LANETT AL US
Place EAD or OAD:  LANETT AL
MDC:  7BE2
Comp:  ARNG
PEBD:  850815
Format:  523

FOR THE COMMANDER:

                                    ********************
                                    * DA HQS, USAAVNC *
                                    *    OFFICIAL     *
                                    * FORT RUCKER, AL *
                                    ********************

DISTRIBUTION:                       PERRY S. HENSLEY
SPC DANIEL (15)                     DAC
Cdr 010167INCO B DET2 FW (3)        ADJUTANT GENERAL
1 - S1 (unit)
1 - MPD/AG, TEAM 2 (OUTPROCESSING)
1 - MPD/AG, TEAM 3 (LEVY)
1 - CDR, DNCLCM (OUTPROC)
1 - MPD/AG, TEAM 3 (ID CARD SEC)
1 - MPD/AG, TEAM 2 (RECORDS CLK)
3 - DCFA (CHECK CONT/ACS-RAP/ACS-AER)



# Alabama State Board of Health

THIS IS TO CERTIFY that a license is granted by the STATE BOARD OF HEALTH

To

## DANIEL, TERRY L



THIS license Shall Expire    03/31/2002    and is subject to the provisions of Act1590, Regular Sessions 1971 Legislature. This license shall not be Assignable or Transferable and shall be subject to revocation as specified in Part II – The License, Section D of the STATE BOARD OF HEALTH, RULES, REGULATIONS AND STANDARDS, EMERGENCY MEDICAL SERVICES.

IN WITNESS WHEREOF, I have unto set my hand this    02/04/2000

License No:    8834876

License Level:    EMT-Basic/Driver

**90552**

_____
State Health Officer

ADPH-F-EMS-34/2-95

---

# Alabama State Board of Health

THIS IS TO CERTIFY that a license is granted by the STATE BOARD OF HEALTH

To

## DANIEL, TERRY L

This license Shall Expire    March 31, 2004    and is subject to the provisions of The Code of Alabama, 1975, 22-18-1, et seq.  This license shall not be Assignable or Transferable, and the licensee may be subject to disciplinary action, up to and including license suspension or revocation for any pertinent violation of the current ALABAMA STATE BOARD OF HEALTH, EMERGENCY MEDICAL SERVICES RULES.

IN WITNESS WHEREOF, I have unto set my hand this    January 17, 2002

License No:    8834876

License Level:    Basic/Driver

**102847**

_____
State Health Officer

ADPH-F-EMS-31 / 8-2000(BS)

# CERTIFICATE OF COPLETION

## Basic EMT Refresher Class

### TERRY DANIEL

March 11 & 18 , 2003– April 1,3,10,& 17 2003

City of Lanett Fire Department

_____
Signature

License # 8834876

_____
Date

10-15-03

Name of
AHA Region                    ALabama

Name of Community
Training Center               EAMC

Name of
Training Site

Instructor's
Name              Debbie Carter

Holder's
Signature

©1997 American Heart Association

BTLS International, Inc.
1 S. 280 Summit Ave., Court B-2
Oakbrook Terrace, IL 60181

70-0255

Successful completion does not warrant performance or authorize or qualify the
card holder to perform any procedure. This recognition is subject to the provi-
sions and limitations of applicable chapter statutes and licensing acts.

Card Holder's Signature

Medical Director's Signature

Name of
AHA Region                Alabama

Name of Community
Training Center           EAMC

Name of
Training Site

Instructor's
Name

Holder's
Signature

©1997 American Heart Association

70-0174

---

Card Holder's Signature

Medical Director's Signature

Successful completion does not warrant performance or authorize or qualify the
card holder to perform any procedure. This recognition is subject to the provi-
sions and limitations of applicable chapter statutes and licensing acts.

BTLS International, Inc.
1 S. 280 Summit Ave., Court B-2
Oakbrook Terrace, IL 60181

Name of AHA Region:        Alabama

Name of CTC:               East Alabama Medical Center

Name of Training Site:

Instructor's Name:         Deborah Carter

Holder's
Signature:

© 1997, American Heart Association

---

Name of
AHA Region          CHAMBERS

Name of Community
Training Center

Name of
Training Site       LANETT FIRE DEPT

Instructor's
Name                KELLY MEACHAM

Holder's
Signature           Terry L Daniel

©1997 American Heart Association              70-0174

---

**City of Lanett**
Fire & E.M.S. Department

**TERRY DANIEL**
FIREMAN

P. O. Box 290
Lanett, AL 36863

Phone: (334) 644-5230

American Heart Association.
Fighting Heart Disease and Stroke

**Healthcare Provider**

Terry L. Daniel

This card certifies that the above individual has successfully completed the national cognitive and skills evaluations in accordance with the curriculum of the American Heart Association for the BLS for Healthcare Providers Program. CPR / AED
12/2003          12/2005
Issue Date        Recommended Renewal Date

| AHA Region | Alabama |
| Community Training Center | EAMC |
| Training Site | Lanett Fire & EMS |
| Instructor | Andy Gray |
| Holder's Signature | Terry L. Daniel |

©2000) American Heart Association        Tampering with this card will alter its appearance.

70-2915   9-00

70-2915

**HEART SAVER**

American Heart Association

Terry Daniel

has participated in an American Heart Association
**Heartsaver Course.**
Issue Date 4 /4 /01          Recommended Renewal Date: 04/2003

[INSERT NEXT RECORD INDICATOR HERE]

**BASIC TRAUMA LIFE SUPPORT**   91865B

Basic Course

**Terry Daniel**

successfully completed the cognitive evaluation in accordance with the standards of BTLS International for the sic Course.

15/2005          02/2008
d Issue Date        Expiration Date
32                   **Lanett Fire**
ber Number          Course Location

**Alabama State Board of Health**

This Certifies
**DANIEL, TERRY L**
as a licensed
**EMT-Basic/Driver**
Special Skills Approved

License No. 8834876
Expires: 03/31/2002

State Health Officer

**HEALTHCARE PROVIDER**

American Heart Association

Terry Daniel

has successfully completed the national cognitive and skills evaluations in accordance with the curriculum of the American Heart Association for the BLS for Healthcare Providers Program.

Issue Date        Recommended Renewal Date

**BLS INSTRUCTOR**

American Heart Association

Terry L. Daniel

has successfully completed an American Heart Association Instructor's Course for the Basic Life Support Program.

6/29/01          6/2003
Issue Date        Expiration Date

**HEALTHCARE PROVIDER**

American Heart Association
Fighting Heart Disease and Stroke

Terry L. Daniel

has successfully completed the national cognitive and skills evaluations in accordance with the curriculum of the American Heart Association for the BLS for Healthcare Providers Program.

JAN 2, 2002          JAN 2003
Issue Date        Recommended Renewal Date

**BASIC TRAUMA LIFE SUPPORT**   29259B

Basic Course

**TERRY DANIEL**

has successfully completed the cognitive skills evaluation in accordance with the standards of BTLS International for the Basic Course.

JUNE 1998          JUNE 2001
Card Issue Date        Expiration Date

A-1633-AL          VALLEY, AL
Course Number        Course Location

# Certificate of Completion

Presented To

## Terry Daniel

For Successful Completion of the

## NHTSA Emergency Vehicle Operator Course (Ambulance)

(16 Hours Training)





_Andy Gray, Course Director_
Agency Conducting Course

**Lanett Fire & EMS**

**Lanett, Alabama  36863**
City and State

**August 25, 2003**
Date Course Completed

# Certificate Of Completion

Presented to

## Terry Daniel

*For succesful Completion of the (8 Hour)*

### NHTSA

*Emergency VehicleOperators Refresher Course*

EVOC Instructor

*December 3, 2004*

# Certificate Of Completion

Presented to

## Terry Daniel

For successful Completion of the (8 Hour)

### NHTSA

### Emergency VehicleOperators Refresher Course

EVOC Instructor _____ December 3, 2004



# Certificate Of Completion

Presented To

## Terry L. Daniel

For successful Completion Of The

Alabama D.O.T. Basic Refresher Class.

January 4,2005

Alabama EMT License # 8834876

Instructor _William A. Hay EMT-P_

Medical Director _____

SSN# 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

# BASIC TRAUMA LIFE SUPPORT

Basic Course                                    91865B

**Terry Daniel**

has successfully completed the cognitive skills evaluation in accordance with the standards of BTLS International for the Basic Course.

**02/15/2005**
Card Issue Date

**02/2008**
Expiration Date

**332**
Course Number

**Lanett Fire**
Course Location

_____
Card Holder's Signature

_____
Medical Director's Signature

Successful completion does not warrant performance or authorize or qualify the card holder to perform any procedure. This recognition is subject to the provisions and limitations of applicable chapter statutes and licensing acts.

BTLS International, Inc.
1 S. 280 Summit Ave., Court B-2
Oakbrook Terrace, IL 60181




# Alabama State Board of Health

THIS IS TO CERTIFY that a license is granted by the STATE BOARD OF HEALTH

To

**DANIEL, TERRY L**

March 31, 2006

This license Shall Expire and is subject to the provisions of The Code of Alabama, 1975, 22-18-1, et seq. This license shall not be Assignable or Transferable, and the licensee may be subject to disciplinary action, up to and including license suspension or revocation for any pertinent violation of the current ALABAMA STATE BOARD OF HEALTH, EMERGENCY MEDICAL SERVICES RULES.

December 17, 2003

IN WITNESS WHEREOF, I have unto set my hand this

License No:    8834876

License Level:    Basic/Driver

00114854

*State Health Officer*

ADPH-F-EMS-31 / 8-2000(BS)

---



## Alabama State Board of Health

This Certifies as a licensed

**DANIEL, TERRY L**
Basic/Driver

License No.:    8834876

Expires:    03/31/2006

*State Health Officer*



PHOTO

## Alabama State Board of Health

DANIEL, TERRY L
Basic/Driver
8834876
03/31/2006

DANIEL, TERRY L
2409 -8TH ST SW
LANETT, AL  36863

American Heart Association.
Fighting Heart Disease and Stroke

Cardiopulmonary Resuscitation and Emergency Cardiac Care Instructor

Terry L. Daniel

has successfully completed an AHA Instructor's Course for the

BLS Instructor

Program
SOUTHEAST

Name of American Heart Association
Instructor's Name: Terry L Daniel

Issue Date 7/97    Expiration Date 7/99

Instructor's I.D. No. 10911

Holder's Signature: Terry L. Daniel

©1994, American Heart Association

This recognition is subject to the requirements and limitations of applicable state statutes and licensing laws.

70-5004



U.S. ARMY MOTOR VEHICLE
OPERATOR'S IDENTIFICATION CARD

Name of Operator
DANIEL    TERRY    L    M

Sex M    Date Issued: 20020115

Height    Date of Birth    SSN    Date Expired:
5 8    140    19600710    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    20030502

Color of
Hair    Eyes
BLK    BRN

SIGNATURE OF OPERATOR
Terry L. Daniel

Name/Loc Issue Unit
CO A 1/167TH UTES #2    CPT LARRY SAILORS
VALLEY, ALABAMA 36854-0330    CDR A CO 1/167 INF
NOT TRANSFERABLE CARD REQUIRED TO OPERATE GOVT VEHICLE.
PRIVACY ACT OF 1974 APPLIES

American Heart Association.
Fighting Heart Disease and Stroke

Healthcare Provider

Terry Daniel

This card certifies that the above individual has successfully completed the national cognitive and skills evaluations in accordance with the curriculum of the American Heart Association for the BLS for Healthcare Providers Program, CPR / AED

Issue Date    23 Jan 2002

Recommended Renewal Date    23 Jan 2004

© 1997, American Heart Association

Name of CTC:
Name of AHA Region: Alabama
Name of Training Site: Lanier Mem Hosp
Instructor's Name: Anthony Johnson
Instructor's ID No: 101899 0000 853

Holder's Signature: Terry L. Daniel

has successfully completed the national cognitive and skills evaluations in accordance with the curriculum of the American Heart Association for the Healthcare Provider Program.

Issue Date JanJanJan Recommended Renewal JanJanJan

HEALTHCARE PROVIDER
American Heart Association.
Fighting Heart Disease and Stroke

© 1997, American Heart Association

GEORGIA EMERGENCY MANAGEMENT AGENCY

THIS IS TO CERTIFY THAT
TERRY DANIEL
WHOSE SIGNATURE AND PHOTO APPEAR HEREON, IS
RESCUE SPECIALIST
OF TROUP COUNTY CO

Terry L. Daniel
SIGNATURE

Joseph W. Griffin
STATE DIRECTOR

I.D. 141-50

BASIC TRAUMA LIFE SUPPORT

Basic Course

Terry L. Daniel

has successfully completed attended the cognitive/skills evaluation in accordance with the standards of BTLS International for the
Basic Course:

Card Issue Date
5/23/02
Course Number
04-00-02-42

Expiration Date
5/2005
Course Location
Lanett Fire

64853B

Name of CTC:
Name of AHA Region: Alabama
Name of Training Site: East Alabama Medical Center
Instructor's Name: Daniel, Terry L.
Instructor's ID: 101899000883

Issue Date: 7/1/98    Expiration Date: 07/2000

Basic Life Support Program.

Terry L. Daniel

has successfully completed an American Heart Association Instructor's Course for the

BLS INSTRUCTOR
American Heart Association.
Fighting Heart Disease and Stroke

# Alabama State Board of Health

THIS IS TO CERTIFY that a license is granted by the STATE BOARD OF HEALTH

To

## DANIEL, TERRY L



This license Shall Expire    March 31, 2006    and is subject to the provisions of The Code of Alabama, 1975, 22-18-1, et seq. This license shall not be Assignable or Transferable, and the licensee may be subject to disciplinary action, up to and including license suspension or revocation for any pertinent violation of the current ALABAMA STATE BOARD OF HEALTH, EMERGENCY MEDICAL SERVICES RULES.

December 17, 2003

IN WITNESS WHEREOF, I have unto set my hand this

License No:    8834876

License Level:    Basic/Driver

00114854

_____
State Health Officer

ADPH-F-EMS-31 / 8-2000(BS)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TERRY DANIEL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NUMBER: |
| v. | ) | |
| | ) | 3:05cv01110-WKW |
| CITY OF LANETT, ALABAMA, | ) | |
| | ) | |
| Defendants. | ) | |

EXHIBIT 8 TO AFFIDAVIT OF TERRY DANIEL IN RESPONSE TO
THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

City of Lanett
Lanett, Alabama

# Employee Personnel Handbook



SEAL of the CITY of LANETT ALABAMA

August 1, 2004

# CITY OF LANETT

## EMPLOYEE PERSONNEL HANDBOOK

### TABLE OF CONTENTS

| Section | Subject | Page |
|---|---|---|
| | Foreword ......................................... | 1 |
| I. | Personnel Policy Statements .................. | 11 |
| II. | Personnel Review Board....................... | 1 |
| III. | Employment Classes........................... | 1 |
| IV. | Staffing...................................... | 5 |
| V. | Career Advancement........................... | 11 |
| VI. | Demotions .................................... | 15 |
| VII. | Separations.................................. | 16 |
| VIII. | Disciplinary Actions......................... | 21 |
| IX. | Grievance Procedure.......................... | 28 |
| X. | Attendance and Leave......................... | 32 |
| XI. | Compensation and Benefits.................... | 55 |
| | Conflicts of Interest........................ | 59 |

## FOREWORD

The material contained in this handbook is provided to city employees to inform them of those personnel policies, rules, and practices necessary for the effective operation of the city's personnel system. The handbook contains information covering:

1. conditions under which individuals are recruited, selected and employed;

2. employee discipline;

3. employee grievances and appeals; and

4. employee compensation, benefits, and working conditions.

The rules and procedures contained herein have been adopted by the Lanett City Council and are applicable until changed by the city council. The City reserves the right to make changes in any city personnel policy, rule, regulation, procedure, and/or employee benefit at any time that it is so necessary or desirable. Such changes will not affect specifics benefit earned by an employee prior to the date of such change, but may affect those benefits or other conditions of employment from the date of the change onward.

All proposed changes to the City of Lanett personnel system will be posted in a prominent location in city offices and work areas at least five (5) calendar days before being considered for adoption by the city council. All changes become effective upon approval by the Lanett City Council.

Questions regarding any aspect of the city personnel system should be directed to the city manager's office.

1

a. posting all vacancies and dates of any qualifying examinations with the Alabama State Employment Service, educational agencies, minority organizations, handicapped organizations, and any other organization requesting to be placed on the list;

b. notifying the news media of available vacant jobs/positions and dates of examinations;

c. advertising in newspapers, trade, or professional journals; and

d. posting vacancy notices on bulletin boards in city buildings and other prominent locations within the City of Lanett (to include areas that are readily accessible to the handicapped).

Vacancy notices or advertisements for employment with the city will provide a description of the job, necessary qualifications, grade, salary range, reasonable deadline for applying, and the address and phone number of the employment office. All vacancy or advertisement notices will also contain the statement: "The City of Lanett is an Equal Opportunity Employer (M/F/H)".

All employment applications will be submitted to the city personnel officer on application forms furnished by the city.

After the closing date of the vacancy notice, the personnel officer will refer all applicants who meet the

6

minimum requirements for the job to the department head for review and necessary interviews as appropriate. The top three (3) candidates will be referred to the city manager for the final selection.

6. All applications received in response to a vacancy notice will remain active until the selected applicant has completed the required probationary period. If the selected applicant does not successfully complete the required probationary period, the vacancy will be filled from the remaining qualified applicants. If no qualified applications remain on file, the vacancy will be advertised again.

7. All final selections will be made by the city manager based on the knowledge, skills and abilities determined to be the required and desired qualifications for the job without regard to age, sex, creed, religion, race, political affiliation, or handicap, except where age, sex, or handicap constitute a bona fide occupational qualification. Reasonable accommodations for otherwise qualified handicapped individuals will be made, when necessary.

8. Appropriate inquiries of former employers and selected personal references will be made only for those applicants tentatively designated as acceptable. If agreeable to the applicant, inquiries may also be made of the applicant's present employer.

7

3. During the probationary period the city manager may terminate the employment of a probationary employee, if it is deemed in the best interest of the city to do so. A written notice will be furnished the terminated individual. A copy of such notice will be included in the individual's employee file.

4. Lengthy or frequent absences during the probationary period are discouraged and will be granted only in justifiable situations. Excused absences in excess of two weeks will extend the probationary period an amount equal to the length of the absences.

5. Employees who successfully completed their probationary period will become permanent status employees upon recommendation of their respective department head and approval by the city manager. The employee will be notified in writing by the city manager of his/her permanent status.

6. Probationary employees will not be eligible for "city benefits" until after completion of the three (3) months probationary period. This three (3) months delay also applies to personnel in the police and fire departments.

## SECTION IV

## CAREER ADVANCEMENT

A. TRANSFERS.

1. Any employee in the classified service may, with his/her consent, be transferred to a similar job/position of the same or lesser grade in the classified service. A permanent status classified employee so transferred will not be subject to a probationary period. No pay increase will be given to any employee as a result of a transfer; however, the individual's pay will be reduced to reflect the correct pay grade and step if the transfer is to a lesser grade.

2. An eligible employee who desires to be transferred should make his/her request known in a letter through his/her department head to the personnel officer.

3. As vacancies occur in those departments in which the employee is qualified, his/her name will be submitted to the department head for consideration. Such transfer must be acceptable to both the gaining and losing department heads and approved by the city manager.

4. The personnel officer, in coordination with the department heads concerned, will determine the effective date of the transfer and will ensure that the appropriate personnel records are updated as required.

PROMOTIONS.

A promotion is defined as the permanent assignment of an employee to a position with a higher grade than his/her current grade and an accompanying increase in salary.

Vacancies in the classified service above the lowest grade level will be filled so far as is practical by the promotion or transfer of qualified permanent employees. If a qualified applicant is not available from the classified service, the personnel officer will initiate outside recruitment to fill the vacancy in accordance with SECTION IV STAFFING.

To be considered for a higher level position an employee must submit an application to the personnel officer in accordance with the published job vacancy notice.

Promotions will be made without regard to race, color, religion, sex, age, national origin, or handicap and will be based solely on job related merit, efficiency and physical condition (if physical condition is a bona fide occupational qualification as reflected in the approved job description for the job/position). In each instance of promotion the employee must be eligible and qualified for promotion.

All promotions will involve a change in salary. The amount of salary increase will be determined in accordance with the city pay plan. Normally, a promoted employee will be placed in the lowest step for his/her

new job grade that allows for at least a five (5) percent pay increase to the employee.

6. An employee, who receives a promotion, will serve a probationary period in the new job. The probationary period will be for three (3) months from the effective date of the promotion. The employee's performance will be evaluated in writing twice during the probationary period. The first evaluation will be conducted after the first month of employment and the second will be conducted after the third month. If the employee's performance during the probationary period is not acceptable, he/she may be reassigned to a position comparable to his/her previous position before the promotion, if one is available.

7. No individual should consider himself/herself promoted until such promotion is approved by the city manager or city council and he/she has been notified in writing of his/her appointment

8. Promotion Procedures.

a. All vacancies above the entry level will be announced by posting vacancy notices on department bulletin boards and other areas readily accessible to the employees. All vacancies will be open to permanent classified employees for at least five (5) working days from the date of posting for receipt of applications by the personnel officer. It is the

responsibility of the employee to submit his/her completed application to the personnel officer by the deadline listed in the vacancy notice. Additional application guidance will be provided by the personnel officer as needed.

b.  After the closing date for receipt of applications, the personnel officer will forward all applications and other relevant employee information on file to the department head for consideration and review. The department head will recommend the top three applicants to the city manager for final selection.

c.  It is the intent of the city to fill vacancies only with persons with the most potential for success. If no qualified applicant is available from eligible city employees, the personnel officer will initiate outside recruitment actions as outlined in SECTION IV STAFFING.

TEMPORARY ASSIGNMENT.

An employee may be placed on temporary assignment by a department head after consulting with the city manager for a period not to exceed one hundred eighty (180) days for such purposes as training, accomplishing special projects, or filling temporary vacancies.

14

2.  No salary adjustments will be made for temporary assignments that do not exceed thirty (30) days. The employee's pay during the temporary assignment will be based on his/her regular position.

3.  After thirty (30) days, the employee's pay will be adjusted to the grade of the temporary job assignment. The employee's adjusted pay will be at least one (1) step above the pay of his/her current grade and step. The employee's adjusted pay will revert back to his/her regular pay upon termination of the temporary assignment.

SECTION V
DEMOTIONS

A.  An employee may be demoted to a position of lower grade for which he/she is qualified for any of the following reasons:

1.  His/her position is being abolished because of a lack of work or a lack of funds, and he/she would otherwise be laid off; or

2.  The employee's performance has not demonstrated his/her ability to render satisfactory service in the position he/she holds; or

3.  The employee voluntarily requests such demotion.

B.  Demotion requires the approval of the city manager. For all demotions, regardless of the reason(s), written notification stating the reason(s) and the effective date of the demotion will be provided to the employee at least fourteen (14)

15

d. other individuals filling jobs in the city service who come under the intent of these policies and procedures and have been designated by the Lanett City Council as exempt.

Unclassified Service: Department heads or individuals in approved jobs which has been designated by the city council as "unclassified." Established personnel policies and procedures apply to these employees the same as classified employees, except as follows:

(a) An unclassified employee's tenure of service is at the pleasure of the city council;

(b) If the individual is a classified employee at the time of his/her appointment to an unclassified position he/she will retain the right to reinstatement as a classified employee in an available position for which he/she is qualified upon termination from the unclassified service, unless he/she is separated for cause;

(c) If the individual is not a classified employee at the time of his/her appointment to the unclassified service, he/she will have no right to employment in the classified service after termination from the unclassified service. However, if a vacancy for which he/she is qualified exists in the city, he/she may apply and be considered along with other qualified applicants for that vacancy.

2

3. Classified Service: Employees in the classified service work at least twenty-four (24) hours in a workweek. The actual number of hours worked each workweek will be established at the employee's time of employment. However, the usual number of hours worked in a workweek will be forty (40) hours. Employment in the classified service will be in accordance with one of the following status:

a. Permanent. Employees who have successfully completed the established probationary period in a job that has been designated a classified job in the city service. The city manager will approve permanent status for all classified employees upon completion of the probationary period. Such approval will be in writing to the employee. A copy of the notice will be included in the employee's personnel file.

b. Probationary. Employees who have not completed the established probationary period for a classified position and/or have not been approved as classified employees by the city manager.

4. Part-time Service. Employees who work less than twenty-four (24) hours in the established workweek. The actual number of hours to be worked each workweek will be established for each employee at the time of their employment. An employee in the part-time service may be

3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TERRY DANIEL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NUMBER: |
| v. | ) | |
| | ) | 3:05cv01110-WKW |
| CITY OF LANETT, ALABAMA, | ) | |
| | ) | |
| Defendants. | ) | |

EXHIBIT 9 TO AFFIDAVIT OF TERRY DANIEL IN RESPONSE TO
THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

## ARTICLE III. CITY PERSONNEL GENERALLY

### Sec. 2-76. Personnel policy statements.

The City of Lanett's governing body does hereby adopt and proclaim the following personnel policy statements:

(1) *Equal employment opportunity.* The city is an equal opportunity employer and does not discriminate in any employment policy or practice on the basis of age, sex, race, creed, religion, color, point of origin, marital status, political affiliation, or handicap, except where age, sex, or handicap constitutes a bona fide occupational qualification. Minorities, women, and handicapped persons will be encouraged to seek employment with the city so that a representation of all groups in the city service is maintained.

(2) *Conditions of employment.*

a.   The city will develop and maintain an accurate description of each job position in the city service with a list of representative tasks normally assigned to or associated with that job description.

b.   The city will fill jobs/positions with the most qualified eligible applicants. If two (2) or more applicants are equally qualified, the appointing authority will have a choice as to which applicant he/she may select. However, consideration will be given to providing representative employment to minorities and handicapped groups.

c.   The city will give first consideration to promotion of qualified classified employees when filling vacancies above the entry level. Promotion to vacant positions will be based on:

1.   quality of past job performance;

2.   ability; and

3.   seniority.

d.   All employees have the right to discuss any and all matters relating to their employment and/or their personal welfare with their supervisors. They may communicate with their supervisors, either orally or in writing, and may be accompanied by reasonable representation of their choice. When a disagreement cannot be resolved, all employees shall have access to successively high levels of management.

e.   Continuance of employment shall be subject to good behavior, satisfactory performance of work, necessity for the performance of work, and availability of funds.

f.   Supervisory personnel will strive for high standards of performance in their department and will strive to fairly and impartially implement required disciplinary measures. Employees, who do not perform satisfactorily or who do not meet established standards, will be disciplined in a just and expedient manner which respects both the rights of the individual and the obligation of the city to serve its citizens.

(3) *Personnel review board.* A personnel review board is created for the city to serve as an appeal body for employee grievances in the city grievance process. The board will

hear cases involving demotions, suspensions, involuntary separations, and rule violations.

(4)  *Employee compensation and benefits.*

    a.  The city will maintain job classification and pay plans which will:

        1.  be based on the type and complexity of work performed;

        2.  provide equal pay for equal work across all jobs in accordance with applicable laws and regulations; and

        3.  be comparable, within funding limitations, to similar employment situations in comparable cities and localities.

    b.  The city will provide to eligible employees, within its financial capability, appropriate fringe benefits such as holidays, sick leave, vacation leave, insurance, and retirement benefits.

(5)  *Political activity.* City employees may, and are encouraged to, participate fully and actively in the political process, except as restricted by law. In general, city employees are restricted only in their on-the-job political activities. The city personnel officer will advise all employees who have questions concerning their rights and applicable restrictions. No employee shall be penalized in any way for permitted political activity or lack thereof.

(Ord. No. 11-86-1, §§ I--IV, VI, 11-10-86)

**Note:** See the editor's note following § 2-77.

## Sec. 2-77. Rules, regulations, and procedures.

(a)  *Adoption of personnel system manual.*  The application of the personnel policy statements contained herein shall be governed by rules, regulations, and procedures adopted by the Lanett City Council. The said rules, regulations, and procedures, which have been printed or reproduced and bound in book or pamphlet form, are hereby adopted by reference as the Lanett Personnel system Manual.

(b)  *Interpretation.*  The Lanett Personnel System Manual, as adopted, is intended to cover those personnel situations and actions likely to be encountered during the operation of the city personnel system. Those situations and/or actions not specifically covered shall be interpreted by the city manager in keeping with the intent and objectives of these personnel policy statements. A record of these interpretations shall be kept by the city personnel officer to ensure consistent application and to ensure incorporation into subsequent revisions.

(c)  *Severability.*  The parts, sections, paragraphs, clauses, and phrases of sections 2-76 and 2-77 and the Lanett Personnel System Manual, herein adopted, are severable. If any part, section, paragraph, clause, or phrase of sections 2-76 and 2-77 or the Lanett Personnel System Manual herein adopted shall be declared unconstitutional or invalid by the valid judgment or decree of a court of competent jurisdiction, such unconstitutionality or invalidity shall not affect any remaining parts, sections, paragraphs, clauses, or phrases of such sections or the personnel system manual herein adopted.

(d)  *Policies not contractural.*  The policies set forth in the Lanett Personnel System Manual are guidelines that should be used by department heads and supervisors in employee relations and benefits. These policy guidelines are not a contract between the city and its employees, and department heads and supervisors should not view them or use them as such. Rather, these policies are flexible guidelines developed by the city to assist department heads and

supervisors in making day-to-day employee relations decisions. No policy is perfect,and situations may arise when the literal application of a particular policy or guideline would create a result that is unacceptable. The city reserves the right to deal with such situations in an appropriate manner. The city manager should be contacted immediately whenever it is believed that an exceptional situation exists. The police guidelines contained in this manual are subject to review. Established policy guidelines may be amended, altered, or changed by resolution of the city council in accordancewith established procedures. When policy guidelines are changed, abolished, added or substituted, the city will attempt to inform all employees of the action taken.

(e) *Repealer.* All resolutions, rules, regulations, or policies in conflict with sections 2-76 and 2-77 or the personnel system manual adopted herein are hereby repealed to the extent of such conflict.

(Ord. No. 11-86-1, § V, 11-10-86)

**Editor's note:** Ord. No. 11-86-1, adopted Nov. 10, 1986, did not specifically amend the Code; hence, §§ I-IV, VI, of such ordinance have been codified herein as superseding § 2-76, personnel system and policy generally, which bore no history note, and, § V of the ordinance is included as superseding § 2-77, personnel rules and regulations, derived from the 1966 Code, § 2-52.

## Sec. 2-78. Retirement system.

(a) All persons filling city positions on a full normal working time basis, as well as part-time employees who work at least twenty (20) hours per week and earn no less than the prevailing minimum wage, shall be eligible for participation in the employees' retirement system of Alabama. Temporary employees are not eligible.

(b) The city agrees to make all prior service contributions at the rate as determined by the actuary of the employees' retirement system with the state prior service rate to be applicable until such determination of prior service rate is made. The city agrees to make contributions at the normal rate for current service, which is the same as the state normal rate.

(c) The city agrees to pay for the initial cost of a preliminary valuation by the actuary to determine the accrued liability on account of prior service and to pay the cost of the valuation after one (1) full year of coverage and any other cost for special services of the actuary plus the regular administrative cost of operation of the employees' retirement system.

(d) The city agrees to submit all information as required by the employees' retirement system of Alabama relative to its employees.

(Code 1966, § 2-57)

**State law references:** Participation by city in state employees' retirement system, Code of Ala. 1975, § 36-27-6.

## Sec. 2-79. Self insurance for workmen's compensation obligations.

The city shall self insure the obligations which are imposed on the city by the Workmen's Compensation Law of Alabama.

(Code 1966, § 2-4)

**State law references:** Workmen's compensation, Code of Ala. 1975, § 25-5-1 et seq.; option of employer to self insure, § 25-5-8.

## Sec. 2-80. Method of financing unemployment compensation benefits for former employees.

The city hereby declares its option to choose the contributory (tax rate) method of making payments in lieu of the contributions (reimbursing) system to finance benefit costs of former employees under the Alabama Unemployment Compensation Law.

(Code 1966, § 2-5)

**State law references:** Unemployment compensation, Code of Ala. 1975, § 25-4-1 et seq.

## Sec. 2-81. Members of same family working in same department.

No person shall be employed by the city to work in a department in which a member of his immediate family is employed. A member of the same family may, however, work in a different department.

(Code 1966, § 2-56)

## Sec. 2-82. Acceptance of fee or reward by officers.

No city officer shall be allowed to take any fee or reward, except such as may be allowed by the city.

(Code 1966, § 2-53)

## Sec. 2-83. Duty of employees with respect to city property.

Each employee of the city shall be required to take special care of city property which comes into his possession and under all circumstances shall protect the property of the city in the hands of others from damage, injury or waste.

(Code 1966, § 2-54)

Secs. 2-84--2-93. Reserved.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TERRY DANIEL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NUMBER: |
| v. | ) | |
| | ) | 3:05cv01110-WKW |
| CITY OF LANETT, ALABAMA, | ) | |
| | ) | |
| Defendants. | ) | |

EXHIBIT 10 TO AFFIDAVIT OF TERRY DANIEL IN RESPONSE TO
THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Captain Kelly Meacham
4127 Veteran's Memorial Parkway
Lanett, Alabama 36863

November 3, 2004

Subject: Letter of Recommendation for A/O Terry L. Daniel

To Whom It May Concern:

Terry has worked under my supervision as an Apparatus Operator from June 2004, until Present. Prior to this I have worked with Terry for over 20 years in the Fire Department. His responsibilities include assistant shift supervisor, assuring that fire apparatus and firefighting equipment is in working order, completing time sheets and scheduling personnel, and exterior fire ground commander. During the course of his employment, Terry has proved himself to be an able employee, a hard worker, and an asset to fire ground operations.

I am quite impressed by Terry's ability to complete all work assigned to him on time, if not before it was due. His work has always been thorough and comprehensive, and his attention to detail accurate. Apparatus Operators act as shift supervisors in the absence of the shift Captain, and Terry has performed in this capacity on numerous occasions, sometimes for months on end.

Overall, Terry is a very conscientious and able employee. I certainly believe he has what it takes to make an outstanding captain someday, and I would be sad to see him moved from my shift. I consider him an asset to my shift and have no reservation in leaving the shift and its operations in his hands when I am away from the station. I strongly recommend Terry for promotion to captain.

Sincerely,

Kelly Meacham
Captain
Lanett Fire and EMS

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TERRY DANIEL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NUMBER: |
| v. | ) | |
| | ) | 3:05cv01110-WKW |
| CITY OF LANETT, ALABAMA, | ) | |
| | ) | |
| Defendants. | ) | |

EXHIBIT 11 TO AFFIDAVIT OF TERRY DANIEL IN RESPONSE TO
THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

# TERRY L. DANIEL

2409 8th Street Southwest
Lanett, Alabama 36863
Home Phone (334) 644-2845

*OBJECTIVE:* **Have a strong moral character and dedicated to the job and a high level of dedication to my responsibility.**

*QUALIFICATIONS:* **During the past 26 1/2 I have been employed with the Lanett Fire & EMS Department, during the past years I have had the experience and responsibility of assistant shift supervisor, fire investigation, apparatus operator and in the absence of the Fire Captain responsibility of shift supervisor. I have successfully completed the following state and national qualifications: Fire Officer One and Two, Firefighter One and Two, Apparatus Operator, Instructor One and Emergency technician Basic.**

**On May 25, 1995 the Mayor and Council recognized me by Certificate of Commendation for assuming the Duties and Responsibilities of Fire Captain, at a time of need. Also on April 4, 1998 I received a commendation from Chief Hudson, at this time I was filling in as Captain when Mack Sanders was out sick. On three different occasions I was acting Captain for a period of 6 months each time, the dates were Sept. 1994, Aug. 1995 and Jan.2001. I also received Captains pay after a period of 30 days.**

*EDUCATION*

| | |
|---|---|
| 1976 – 1977 | Lanett High |
| 1978 – 1978 | Military training school's |
| 1979 | Auburn University Department of Education (GED-NS-0108305) |
| 1981 | Alabama Fire College (fire training and continuing education) |
| 1987 | Chambers County Vocational School (Alabama Real Estate 12 weeks) |
| 1988 | Southern Union State Jr. College Opelika, Al. (Basic EMT) |
| 1989 | Chattahoochee Valley Community College  (Real Estate Appraisals RLS 209 ADV) |

*EMPLOYMENT*                    *CITY OF LANETT*

| | |
|---|---|
| July 07, 1978 | Paid Volunteer Firefighter (Employed) |
| November 13, 1981 | Promoted to Full Time Firefighter and Ambulance Driver |
| October 1983 | Assuming the Duties and Responsibility of Fire Cause Investigation Recognized in the Standard Operations Procedures |
| August 1, 1989 | Promoted to Lieutenant: Supervisor of station two |
| March 1, 1991 | Station two closed and all Lieutenants were reassigned to Firefighter |
| October 10, 1994 | Promoted to Apparatus Operator ( According to the SOP this is a supervisor position) |
| September, 1994 | Assuming the duties and responsibility of Fire Captain to Feb.1995 |
| August, 1995 | Assuming the duties and responsibility of Fire Captain to Dec.1995 |
| January, 2001 | Assuming the duties and responsibility of Fire Captain to March, 2001 |

*OTHER EMPLOYMENT*

1987-1992              Valley Realty ( Alabama License # 032787 )
October 16, 2003       Wayne's Electrical service

*DEPARTMENT OF THE ARMY NATIONAL GUARD*

August 15, 2002        Retired from Company A 1st Battalion 167th (Mech) Infantry

# ALABAMA FIRE COLLEGE AND PERSONNEL
# STANDARDS COMMISSION

Fire Officer Two F02131                    Feb. 24, 1999
Phenix City Fire Department

Fire Officer One F0827                     July 14. 1998
Eufaula Fire Department

Apparatus Operator A2531                   April 9, 1998
Lanett Fire & EMS Department

Firefighter Two F2-2773                    March 4, 1998
Lafayette Fire Department.

Fire Instructor One I-1530                 Sept. 30, 1991
Lanett Fire & EMS Department

Firefighter One F-1478                     Nov. 12, 1982
Phenix City Fire Department

# NATIONAL BOARD OF FIRE SERVICE
# PROFESSIONAL QUALIFICATIONS

Fire Officer Two #52344                    Feb. 24, 1999

Fire Officer One #48328                    June 14, 1998

Apparatus Operator #45420                  April 9, 1999

Firefighter Two #44888                     March 4, 1998

Firefighter Instructor #22                 Dec. 7, 1993

Firefighter One #477                       Dec. 7, 1993

3 06 11

# STATE CERTIFCATES AND TRAINING COURSE
### Alabama Fire College

| | | |
|---|---|---|
| Basic Fireman ship Training | 15 Hours | Mar.14, 1982 |
| Seminar In Arson Investigation | 6 Hours | Oct. 14, 1983 |
| Waterous Pump | 14 Hours | Apr. 5, 1983 |
| Fire and Arson Investigation | 28 Hours | May. 25,1984 |
| Advanced Fire And Arson Investigation | 26 Hours | May. 17,1985 |
| Fire Inspector | 26 Hours | Dec. 6,1985 |
| Fire Inspector | 36 Hours | Dec. 5,1986 |
| Positive Pressure Ventilation | 24 Hours | Feb. 26,1992 |
| Hazardous Materials Awareness | 48 Hours | Dec. 12,1994 |

# NATIONAL FIRE ACADEMY
### Certificate of training

| | |
|---|---|
| Hazardous Materials Awareness | Dec. 4,1985 |
| Basic Fire Prevention Inspection | Dec. 5,1986 |
| Hazardous Materials Recognizing and Identifying | Nov. 23,1987 |
| Hazardous Materials Awareness | Dec. 17,1989 |
| Awareness For Initial Response to Hazardous | May 2,1992 |

# GEORGIA FIRE ACADEMY
### West Point Fire Department

| | |
|---|---|
| LP Gas Workshop | Apr. 10,1986 |
| Rescue Specialist | May 18,1986 |

# OFFICE OF THE MAYOR
## CITY OF LANETT
### Assuming The Duties of Fire Captain

Certificate of Commendation                              May 25, 1995

# COMMENDATION
## LANETT FIRE & EME DEPT
### Chemical Fire on Cusseta Road

Chief Hudson                                            April 04, 1988

Captain Kelly Meacham                                   April 04, 1988

# DEPARTMENT OF FORENSIC SCIENCES
## Auburn Alabama

Crime Scene Investigation                      Feb. 4-6, 1986

# DEPARTMENT OF JUSTICE

WMD Incident Command Course (COBRA) 01-99 IC          Oct. 16-20, 2001

# OTHER TRAINING

D.O.T. First Responder                          Summer 1984
Army Corps of Engineers West Point, Ga.

Ambulance Driver License 8524516                Apr. 16, 1985.

American Heart Association BLS Instructor 10911    Summer 1997
George H. Lanier Hospital

East Alabama EMS, Ins EMT Basic Refresher 24 hours    Nov. 16, 1997
SUSJC

Basic Trauma Life Support 2925B                 June 1998

American Heart Association BLS Instructor 1018990000883    July 1998
George H. Lanier Hospital.

Emergency Vehicle Operator Course               July 1999
Conducted at GHL- Hospital

Pre- Hospital Emergency Care Medical            Nov. 2000
Conducted at Lee County EMA

Incident Command System                         Oct. 6-27, 2000
East Alabama Fire Department

Emergency Vehicle Operator Course               Nov. 30, 2000
GHL by Valley EMS

| | |
|---|---|
| Trauma Emergency<br>Conducted at Lee County EMA | Dec. 02, 2000 |
| American Heart Association<br>Heart Saver | April 4, 2001 |
| American Heart Association<br>BLS Instructor (Basic Life Support Program) | June 29, 2001 |
| American Heart Association<br>BLS For Healthcare Provider | Jan. 02, 2002 |
| American Heart Association<br>Healthcare Provide | Jan. 23, 2002 |
| Basic Trauma Life Support<br>Lanett Fire & EMS Dept | May 22, 2002 |
| Emergency Response to Terrorism Tactical Consideration<br>Emergency Medical Services (2 day's)<br>Lanett Fire & EMS Dept | Dec. 14, 2002 |
| NHTSA Emergency Vehicle Operator Course (Ambulance).<br>16 Hours Training at Lanett Fire & EMS | Aug .25, 2003 |
| Basic EMT Refresher Class<br>(March 11&18and April 1,3,10,1&17, 2003) | Oct.15, 2003 |
| American Heart Association<br>Healthcare Provider<br>Lanett Fire & EMS Dept | Dec. 2003 |
| NHTSA Emergency Vehicle operators Refresher Course<br>Lanett Fire & EMS Dept. | December 3,2004 |
| Alabama D.O.T. Basic Refresher Class.<br>Lanett Fire & EMS Dept. | January 4, 2005 |
| Basic Trauma Life Support<br>Lanett Fire & EMS Dept. | February 15, 2005 |

# DEPARTMENT OF THE ARMY
### Alabama Army National Guard
### (Enlistment)

Company A 1st Bn (M) 167th                          Feb. 16, 1978 to May 14, 1982
Lansdale, Al. 36864
Reserve assignment: United States Army Reserve          May 14, 1982 to Feb.15, 1984

### (Reenlistment)

Company A 1st Bn (M) 167th Inf.                     Aug. 15, 1991 to Aug.15, 2002
Valley, Al. 36863                                        Retired from Military
Transferred to the Retired Reserve                      To ETS on Aug. 14,2007

# MILITARY TRAINING SCHOOL'S
### 17 WEEKS OF COMPLETION

Basic Training Fort Jackson, South Carolina        Mar. 19, 1978
MOS Training Fort Benning, Georgia                 May 12, 1978

Security Police Course (Law AR 190-56)             Jan.23, 2002

# STATE MILITARY DEPARTMENT
### Office of the Adjutant General

Certificate of Achievement                         Feb. 8, 1994
Montgomery, Al
Commander 31st Armored Brigade
Northport, Al.
Commander, Company A 1/167th Infantry Battalion
Valley, Alabama

# DEPARTMENT OF THE ARMY

Certificate of Appreciation                        Sept. 2002
During Operation Noble Eagle

# ARMY RESERVE COMPONENTS ACHIEVEMENT MEDAL
National Defense Service Medal w/1-Bronze Service Star, Army Reserve Component Achievement
Medal w/3- Bronze Oak Leaf Clusters, Armed Forces Reserve Medal w/ Bronze 10yr's "M" Dev,
Sharpshooter Qualification Badge w/Rifle Bar, Faithful Service Medal of Alabama w/3 Bronze Saint
Andrews Crosses, Army Service Ribbon, Active Duty Basic Training Ribbon of Alabama