JUNE 3, 2003

CHIEF JEFF MONROE
LANETT FIRE AND EMS

On April 20, 2003, I filed a grievance concerning being moved from my usual assignment Apparatus Operator (Copy attached). After filing this grievance my duties were posted to my normal assignment of Apparatus Operator.

On May 30, 2003 I was on duty with normal assignments. I withdrew my grievance, since I assumed everything was changed back to my normal assignments Apparatus Operator.

On Monday, June 2, 2003, the very next scheduled shift I was assigned to Medic 24 along with Andy. Also I was moved to the position of firefighter, Tim was assigned to my position of A/O. Of all the 7th personal on duty no one had the assigned duty of A/O except myself.

On September 27, 1994 this department posted and created a new job title that was Apparatus Operator. On October 10, 1994 I was assigned to the duty and title of Apparatus Operator. This job was created and designed for this person to take the place of the Captain when he is absent or not present. Under the position description, incident command, 1) responsible for initial incident command at all responses in absence of the Captain and when the Captain present the A/O Operates the fire pump.

I talked to the Chief about the assignments, he told me to discuss it with John and try to work something out. When I talked to John about it, I asked him why was I moved from A/O, when I could still answer the calls as A/O and be on Medic 24 also. He said, "Because I can do it."

All day while on duty I was on the front run ambulance, also on the backup ambulance with Tim to UAB. At around 7:30am the morning we were getting off duty, we received a call to 47th Ave SW, the residence of Michael Givorns. When I went out the door to the ambulance, John stopped me and said he put Andy and Matt M. (who was not on duty yet) on the ambulance. He told me to go with him on Engine 28. At the time we had 3 medics, 3 part timers and 1 A/O on duty. If the assignment had been the same there would have been less confusion on the call. According to the assignment Andy and myself would have been on Medic 24 and Tim and John would have been on Engine 28.

According to my job description, since John told me I needed to go back and read it. Under section F- Fire Suppression/Rescue.

1. Operates the fire apparatus, responsible for establishing and maintaining an adequate water supply


EXHIBIT A

2. Responsible for keeping the operations commander or incident commander informed as to the status of water supply and pumping operations.
3. Maintains control over apparatus equipment during a response.
4. Functions as a fire fighter when required.
5. Operates extrication equipment as needed during rescues.

According to this part of my job description functioning as a fire fighter is when it is required after arriving on the scene. One other A/O's stated this is the way it is done on his shift. A Captain on the other shift said has A/O is always Assigned to his duty every shift.

My main job description is A/O and fire fighter when needed. <u>My question is why does the Captain have the authority to reassign me from my primary duty. My understanding the department head is the only one to have this authority.</u>

Why am I being treated and being assigned different from the other A/O's with the same job description?

I request a response from this grievance to be in writing.

*Terry L Daniel*
Terry L Daniel
APPARATUS OPERATOR