401 North Lanier Ave
Lanett, AL 36863

# Lanett Fire & EMS

June 11, 2003

Terry Daniel:

In regards to your grievance dated April 20, 2003, it is my understanding that all issues concerning that complaint have been resolved. You withdrew the grievance, therefore terminating any further process.

This letter is in response to your complaint on June 2, 2003. "I was moved to the position of firefighter". You are a classified employee assigned the position of Apparatus Operator. According to the summary of duties for that position you perform the following:

> Operate apparatuses, act as the shift supervisor in the absence of the Captain, assist the Captain in assigned task, assist in training, provide advance life support in emergency medical services that commensurate with state licensure, suppress and extinguish fires, maintain apparatus and equipment, and prepare reports.

On June 2, 2003 there were seven personnel on duty that day of which three personnel were in paramedic school until one o'clock. You were one out of four personnel providing services to the community until their return from school. Later that morning you went on an out of town transfer because of that same reason. It is the responsibility of the Captain to assign personnel their duties to accomplish the mission of the Lanett Fire & EMS Department. Given the circumstances of that day you were assigned the duties to provide the best possible services to the citizens of Lanett. You were not deprived of any pay nor authority, because the Captain was present. Given the nature of our services that we provide to the community your duties may have to be restructured to provide the best possible services to the citizens of Lanett. Our job titles do not restrict our obligation to provide those services. I apologize for any inconvenience that this may have imposed on you, but it is your duty to provide these services in any unforeseen obligations.



EXHIBIT B

*Best Care Anywhere*

According to the city's personnel policy in <u>Section IX, Grievance Procedure, number one,</u>

"A grievance is either an employee's statement that a city supervisor, manager, or official is improperly or prejudicially applying, or failing to apply, the personnel rules, regulations, and/or procedures of the City of Lanett or an employee's protest of any disciplinary action taken against him/her by his/her supervisor."

Your complaint does not warrant a grievance process due to you have not been improperly or prejudicially treated nor there have not been any rules, regulations, and/or procedures violated and there were no need for disciplinary actions.

Sincerely,

*[signature]*

John Butler
Captain[**]

---

[**] Acting Fire Chief