

**MAYOR**
Scott Hamil
**CITY MANAGER**
Bobby L. Williams
**CITY CLERK**
Shirley B. Motley
**CITY TREASURER**
Jenell Lee

**COUNCIL MEMBERS**
Tony Malone
Callie Davis
Kyle McCoy
Henry Osborne
Carl Bullard

July 9, 2003

Mr. Williams:

The Mayor and City Council held a grievance hearing at the request of Apparatus Operator Terry Daniel.

Their decision after this hearing is to uphold the response from Captain John Butler.

Shirley B. Motley
City Clerk/Personnel



EXHIBIT C

**City of Lanett**
Post Office Box 290 • Lanett, Alabama 36863 • Phone: (334) 644-2141 • Fax: (334) 644-5240