# ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

EASTERN DIVISION

TERRY DANIEL,

    Plaintiff,

vs.   CIVIL ACTION NO. CV-00-M-400-E

CITY OF LANETT FIRE and
EMS DEPARTMENT,

    Defendant.

\* \* \* \* \* \* \* \* \* \* \* \*

DEPOSITION OF TERRY L. DANIEL, taken pursuant to stipulation and agreement before Danny D. Tyler, Certified Shorthand Reporter and Notary Public in and for the State of Alabama at Large, in the Law Offices of Nix, Holtsford, Gilliland, Lyons & Higgins, Suite 300, 300-A Water Street, Montgomery, Alabama, on the 29th day of September, 2000, commencing at approximately 10:15 a.m.

\* \* \* \* \* \* \* \* \* \* \* \*

HAISLIP, RAGAN, GREEN, STARKIE & WATSON, P.C.
(334) 263-4455

EXHIBIT D

219

|    |    |    |
|----|----|----|
| 1  |    | who did you first ask about the job |
| 2  |    | description? |
| 3  | A. | Chief Randy Brown.  You are talking about |
| 4  |    | the first in 2000? |
| 5  | Q. | Yes, sir. |
| 6  | A. | Okay.  Chief Brown. |
| 7  | Q. | The November 1998 captain's position that |
| 8  |    | you applied for, Chief Cobb was still the |
| 9  |    | chief, correct, November 1998? |
| 10 | A. | Yes, sir. |
| 11 | Q. | And do you recall when he left? |
| 12 | A. | I want to say he left this year, January |
| 13 |    | 2000. |
| 14 | Q. | Well, was he the chief when the February |
| 15 |    | 2000 captain's position came open? |
| 16 | A. | No, sir.  February of 2000, no, sir.  Chief |
| 17 |    | Randy Brown. |
| 18 | Q. | How long have you known Chief Brown? |
| 19 | A. | Since 1978. |
| 20 | Q. | And how long, if you know, has he worked for |
| 21 |    | the City of Lanett? |
| 22 | A. | Twenty-five years. |
| 23 | Q. | Did you feel like he was qualified to become |