# ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

EASTERN DIVISION

TERRY DANIEL,

    Plaintiff,

vs.                                          CIVIL ACTION NO.
                                                CV-00-M-400-E

CITY OF LANETT FIRE and
EMS DEPARTMENT,

    Defendant.

\* \* \* \* \* \* \* \* \* \* \* \*

DEPOSITION OF TERRY L. DANIEL, taken pursuant to stipulation and agreement before Danny D. Tyler, Certified Shorthand Reporter and Notary Public in and for the State of Alabama at Large, in the Law Offices of Nix, Holtsford, Gilliland, Lyons & Higgins, Suite 300, 300-A Water Street, Montgomery, Alabama, on the 29th day of September, 2000, commencing at approximately 10:15 a.m.

\* \* \* \* \* \* \* \* \* \* \* \*

EXHIBIT
E

HAISLIP, RAGAN, GREEN, STARKIE & WATSON, P.C.
(334) 263-4455

220

| | | |
|---|---|---|
| 1 | | the chief when Chief Cobb left? |
| 2 | A. | Do I -- Oh, yeah. |
| 3 | Q. | Okay.  Have you ever had any problems with |
| 4 | | Chief Brown? |
| 5 | A. | Chief Brown was my captain most -- Since |
| 6 | | I've been at Station Two, Chief Brown has |
| 7 | | been one of my primary captains. |
| 8 | Q. | Throughout the time you have been with the |
| 9 | | city? |
| 10 | A. | Since I have been back to Station Two, I |
| 11 | | worked under Chief Brown probably more than |
| 12 | | anybody. |
| 13 | Q. | And how would you describe your relationship |
| 14 | | with Chief Brown? |
| 15 | A. | Real good. |
| 16 | Q. | Real good? |
| 17 | A. | Yes, sir, because we wasn't -- Yeah.  I |
| 18 | | would say because me and him hadn't -- I say |
| 19 | | good.  He ain't never written me up, never |
| 20 | | got on me for poor job performance or |
| 21 | | nothing like that, and we worked together on |
| 22 | | fire calls, investigations.  So I would say |
| 23 | | it a pretty good working relationship. |