# ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

EASTERN DIVISION

TERRY DANIEL,

    Plaintiff,

  vs.                            CIVIL ACTION NO.
                                  CV-00-M-400-E

CITY OF LANETT FIRE and
EMS DEPARTMENT,

    Defendant.

\* \* \* \* \* \* \* \* \* \* \* \*

DEPOSITION OF TERRY L. DANIEL, taken pursuant to stipulation and agreement before Danny D. Tyler, Certified Shorthand Reporter and Notary Public in and for the State of Alabama at Large, in the Law Offices of Nix, Holtsford, Gilliland, Lyons & Higgins, Suite 300, 300-A Water Street, Montgomery, Alabama, on the 29th day of September, 2000, commencing at approximately 10:15 a.m.

\* \* \* \* \* \* \* \* \* \* \* \*

EXHIBIT F

HAISLIP, RAGAN, GREEN, STARKIE & WATSON, P.C.
(334) 263-4455

|    |    |    |
|----|----|----|
| 1  |    | Chief Cobb had a meeting with the |
| 2  |    | captains, and that one reason why Randy |
| 3  |    | brought it to my attention because Chief |
| 4  |    | Cobb mentioned it in the captain meeting the |
| 5  |    | city had a complaint pending with EEOC and |
| 6  |    | mentioned my name in the captain meeting |
| 7  |    | where all the captains at. |
| 8  | Q. | I think you are still kind of getting away |
| 9  |    | from me a little bit on my question. |
| 10 |    | MS. BULLOCK: Listen to his |
| 11 |    | question. |
| 12 | A. | Oh, okay. I don't know. |
| 13 | Q. | All I'm asking you is if -- |
| 14 | A. | I don't know if he -- |
| 15 |    | MS. BULLOCK: Hold on. Let him |
| 16 |    | ask. |
| 17 | Q. | Let me just ask the question. Just tell me |
| 18 |    | what you know. If you don't know, that's |
| 19 |    | fine. Just tell me what you know. |
| 20 |    | Has Chief Brown ever taken any negative |
| 21 |    | action against you which you believe is |
| 22 |    | associated with the ADA complaint? |
| 23 | A. | I'm going to say I don't know. |