*City of Lanett Employee Performance Review*

# Employee Performance Review

PLEASE PRINT

| Employee Name | Terry Daniel | Title | Apparatus Operator |
|---|---|---|---|
| Department | Fire-EMS | Employee Payroll # | |

| Reason for Review | (Annual) | Promotion | |
|---|---|---|---|
| | End of Probationary Period | Other | |

| Date employee began present position: | | Date last reviewed: | |
|---|---|---|---|
| Rating Period: | | Date Review Completed | |
| Excused Absences: | | Medical Leave of Absence: | |
| Unexcused Absences: | | Disciplinary Incidents: | |

**Evaluator's Instructions:** Carefully evaluate employee's work performance in relation to the essential functions of the job. Check Rating box that indicates the employee's performance. Indicate N/A if not applicable. Assign points for each rating within the Scale and write that number in the corresponding Points box. Points will be totaled and averaged for an overall performance score.

Definitions of Performances Ratings

| | Evaluation Score | |
|---|---|---|
| O - Outstanding: Performance is exceptional in all areas and is recognizable as being far superior to others. | 100 - 90 | |
| V - Very Good: Results clearly exceed most position requirements. Performance is of high quality and is achieved on a consistent basis. | 89 - 80 | |
| G – Good: Competent and dependable level of performance. Meets performance standards of the job. | 79 - 70 | |
| I – Improvement Needed: Performance is deficient in certain areas. Improvement is necessary. | 69 - 60 | |
| U – Unsatisfactory: Results are generally unacceptable and require immediate improvement. No merit increase should be granted to individuals with this rating. | Below 60 | |

N/A: Not applicable or too soon to rate.

| Evaluator's Signature: | [signature] | Employee's Signature: | Terry L Daniel |
|---|---|---|---|
| Date: | 25 JAN 05 | Date: | 2-1-05 |

[signature: Oscar Crawley]

**EXHIBIT L**

## City of Lanett Employee Performance Review

Employee Name: Terry Daniel   Date: 25 Jan 05

| # | Category | Rating | Scale | Points | Supportive details or comments |
|---|---|---|---|---|---|
| 1. | **Quality** — The extent to which an employee's work is accurate, thorough and neat. | O / V / G / I / U | (100-90) / 89-80 / 79-70 / 69-60 / Below 60 | 100 | |
| 2. | **Productivity** — The extent to which an employee produces a significant volume of work efficiently in a specified period of time. | O / V / G / I / U | (100-90) / 89-80 / 79-70 / 69-60 / Below 60 | 100 | |
| 3. | **Job Knowledge** — The extent to which an employee possesses the practical/technical knowledge required on the job. | O / V / G / I / U | (100-90) / 89-80 / 79-70 / 69-60 / Below 60 | 100 | As a (Apparatus operator) Terry possesses unmatched knowledge. |
| 4. | **Reliability** — The extent to which an employee can be relied upon regarding task completion and follow-up. | O / V / G / I / U | (100-90) / 89-80 / 79-70 / 69-60 / Below 60 | 100 | |
| 5. | **Attendance** — The extent to which an employee is punctual, observes prescribed work break/meal periods and has an acceptable overall attendance record. | O / V / G / I / U | (100-90) / 89-80 / 79-70 / 69-60 / Below 60 | 100 | |
| 6. | **Independence** — The extent to which an employee performs work with little or no supervision. | O / V / G / I / U | (100-90) / 89-80 / 79-70 / 69-60 / Below 60 | 100 | |
| 7. | **Creativity** — The extent to which an employee proposes ideas, finds new and better ways of doing things. | O / V / G / I / U | (100-90) / 89-80 / 79-70 / 69-60 / Below 60 | 100 | |
| 8. | **Initiative** — The extent to which an employee seeks out new assignments and assumes additional duties when Necessary. | O / V / G / I / U | 100-90 / 89-80 / (79-70) / 69-60 / Below 60 | 75 | For a long time Terry has had the attitude that he just wants to come to work to do his job and leave. He does not like to volunteer or help with tasks off duty. |
| 9. | **Adherence to Policy** — The extent to which an employee follows safety and conduct rules, other regulations and adheres to company policies. | O / V / G / I / U | (100-90) / 89-80 / 79-70 / 69-60 / Below 60 | 100 | |

Evaluator's Signature: [signed]   Date: 25 Jan 05

Employee's Signature: Terry L Daniel   Date: 2-1-05

Page 2

## City of Lanett Employee Performance Review

| Employee Name | Terry Daniel | | Date | 25 Jan 05 |
|---|---|---|---|---|

| | Rating | Scale | Points | Supportive details or comments |
|---|---|---|---|---|
| 10  Definitions of Performances Ratings<br>The extent to which an employee is willing and demonstrates the ability to cooperate, work and communicate with coworkers, supervisors, subordinates and/or outside contacts. | O<br>V<br>G<br>I<br>U | (100-90)<br>89-80<br>79-70<br>69-60<br>Below 60 | 100 | Willing to work with anyone to accomplish task. |
| 11  Judgement<br>The extent to which an employee demonstrates proper judgment and decisions making skills when necessary. | O<br>V<br>G<br>I<br>U | (100-90)<br>89-80<br>79-70<br>69-60<br>Below 60 | 100 | Makes good decisions to safely accomplish tasks. |

Rate employee's overall performance in comparison to position duties and responsibilities

| 1075 | 11 | | 98 | Outstanding | (100-90) |
|---|---|---|---|---|---|
| | | | | Very Good | 89-80 |
| | | | | Good | 79-70 |
| | | | | Improvement Needed | 69-60 |
| Total Points | + number of factors rated | - | Overall Rating | Unsatisfactory | Below 60 |

Complete all of the following sections   (Additional space for comments on page 4)

1  Accomplishments of new abilities demonstrated since last review:   N/A

2  Specific areas of needed improvement.   Emergency Medicine

3  Recommendations for professional development (seminars, training, schooling, etc.)   I recommend that Terry improve his skills in Medical Training. If he achieves certification as a Paramedic Terry would be top on the Promotion List.

Goals & Objectives (salaried employees only) Current Goals & Objectives to be evaluated at next Performance Review Date

Employees Comments:

| Discussed with individual on: | 2-5-05 | Employee's Signature: | Terry L. Daniel |
|---|---|---|---|
| | | Date: | |
| Follow Up Requested/required | Yes ___  No ✓ | Follow Up Date: | |

| Evaluator's Signature | [signature] |
|---|---|
| Date: | 25 Jan 05 |

| Mayor's Signature | |
|---|---|
| Date: | |

## City of Lanett Employee Performance Review

| Employee Name | Terry Daniel | Date | 25 Jan 05 |
|---|---|---|---|

**Additional Comments:**

Terry is an outstanding employee and as an Apparatus operator is unmatched in knowledge. During Fire Operations he is the one any Shift Captain would want to be at his side to make sure all tasks were accomplished. Unfortunately Fire Operations only make-up 5.6% of our call volume. Almost 80% of our calls involve Emergency Medical situations that required advanced medical training. Terry has not obtained certification as an Advanced Emergency Medical Tech (Paramedic) and does not want to at this point in his career. It is my belief that if he was a paramedic he would be at the top of the promotion list.

Additional Remarks: Terry is an outstanding team player. Even though he's not a Paramedic, he works well with other team members during medical calls. As a EMT, he knows exactly what his tasks are and completes them without supervision.

| Evaluator's Signature: | | Employee's Signature: | Terry L Daniel |
|---|---|---|---|
| Date: | 25 Jan 05 | Date: | 2-1-05 |