| | |
|---|---|
| **Lanett Fire & EMS** | Policy Number: 103 |
| Lanett, Al. 36863 | Subject: Chain of Command |
| (334) 644-5230 | Category: Administration |
| Approved By: Chief Jeff Monroe | Initial Issue Date: 10/25/2002 |
| | Revision Date: |
| | Version: 1.00 |
| | Page(s): 2 |

## Standard Operating Procedure

*The intent of this policy is to establish procedures for command structure in the Lanett Fire & EMS Department.*

- The chain of command shall be as follows:

  **Chief**

  **Captain**

  **Apparatus Operator**

  **Firefighter/Paramedic**

  **Volunteer**

- At all incident scenes, the Incident command System (IC) shall be set in motion. The Incident Commander (IC) controls the implementation and expansion of the Incident Command System (ICS) to best command the incident.

- Upon arrival at the scene, the IC shall inform dispatch the roster number of the individual serving as IC and name the incident appropriately by address. The current IC shall notify dispatch of any changes in IC during the incident.

- Once the IC has established the ICS, the ICS chain of command prevails.

- When a superior officer or the Chief of the department arrives at the scene, the IC shall face-to-face brief that officer as to the following:

  - The situation and what has been done
  - What is currently being done
  - What is being planned
  - Personnel that are on-scene at that time

- The present officer shall continue to be the IC, unless other orders or instructions are issued by the senior officer. However, the senior officer on an incident is the responsible officer even though a lower ranking officer may be IC.

- If there is a change in IC, dispatch will be notified. The change will also be announced over the current operations channel.

- The Captain serves as shift commander. The apparatus operator serves as the shift commander during his absence.

EXHIBIT M

- Failure to follow the above chain of commands creates turmoil and chaos, hindering our ability to fulfill our important mission. Failure to follow the above chain of command will result in disciplinary action.

- The Chief of the Department shall approve any deviation from this policy.