## AMENDED AFFIDAVIT OF MAYOR OSCAR CRAWLEY

My name is Oscar Crawley, I am the present Mayor of the City of Lanett. I was the Mayor when Terry Daniel applied for the most recent position of captain in December of 2004. I adopt my previously made affidavit by reference hereto. Before becoming Mayor, I had no prior involvement with the City of Lanett and City Government either as a council member or mayor. I had no involvement in Mr. Daniel's prior lawsuit or EEOC Complaint and had no knowledge of them.

As far as the captain's positions in question, Chief Johnson made his recommendation of the top three candidates of whom I interviewed for the captain's positions and Mr. Daniel was not in the top three. Further, Chief Anthony Johnson was the fire chief at the time of Mr. Daniel's most recent request and Chief Ralph Cobb has not been with the City in several years. Chief Randy Brown has been the chief between Cobb and Johnson. However, at present Chief Anthony Johnson is no longer with the City.

Thus, based upon information I was provided by the Chief as to his top three, those are the three candidates that were interviewed and made selections from.

My decision was not based upon Mr. Daniel's prior lawsuit or EEOC claims which I had no knowledge of.

Further, affiant saith not.



EXHIBIT N

_____
MAYOR OSCAR CRAWLEY

State of Alabama
County of Chambers

    SWORN TO and subscribed before me on this 25 day of August, 2006.

[SEAL]

_____
NOTARY PUBLIC
My Commission Expires on: 12/08