IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |  | |
|---|---|---|---|
| TERRY DANIEL, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | CASE NO. 3:05-cv-1110-WKW | |
| | ) | | |
| CITY OF LANETT, ALABAMA, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## **ORDER**

Upon consideration of Plaintiff's Motion to Strike Defendant's Evidentiary Submission in Support of Defendant's Reply Brief (Doc. # 17), and Defendant's response thereto (Doc. # 18), it is hereby

ORDERED that the motion is DENIED.

It is further ORDERED that on or before September 13, 2006, the plaintiff shall file a sur-reply to Defendant's reply brief in support of the motion for summary judgment. (*See* Doc. # 16).

No further briefs in support of or opposition to the motion for summary judgment will be permitted, absent good cause, and the motion for summary judgment will be under submission on September 13, 2006.

DONE this 5th day of September, 2006.

                                                   /s/ W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE