IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TERRY DANIEL, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NUMBER: |
| v. ) | |
| ) | 3:05cv01110-WKW |
| CITY OF LANETT, ALABAMA, ) | |
| ) | |
| Defendant. ) | |

_____

## SETTLEMENT REPORT
_____

COMES NOW the Plaintiff and gives notice to this Honorable Court of the status of settlement negotiations in the above case. The parties have conferred in good faith to attempt to resolve this matter. Unfortunately, the parties value the case very differently and were unable to reach a resolution in this matter at this time. However, the parties are continuing a dialogue on the issue of settlement.

Respectfully submitted,

s/Heather N. Leonard
Bar ID for Heather N. Leonard - NEW018
Attorney for Plaintiff
HEATHER LEONARD, P.C.
2108 Rocky Ridge Road, Suite One
Birmingham, AL 35216
Telephone: (205) 978-7899
Facsimile: (205) 278-1400

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TERRY DANIEL, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NUMBER: |
| v. ) | |
| ) | 3:05cv01110-WKW |
| CITY OF LANETT, ALABAMA, ) | |
| ) | |
| Defendant. ) | |

CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

T. Randall Lyons
WEBSTER, HENRY & LYONS, P.C.
P.O. Box 239
Montgomery, AL 36101

/s/ Heather N. Leonard
Of Counsel