IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TERRY DANIEL, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NUMBER: |
| v. ) | |
| ) | 3:05cv01110-WKW |
| CITY OF LANETT, ALABAMA, ) | |
| ) | |
| Defendant. ) | |

_____

RESPONSE TO SHOW CAUSE ORDER
_____

COMES NOW the Plaintiff and responds to this Honorable Court's *Show Cause Order*. The parties began discussing settlement of this matter, in compliance with this Court's *Initial Order*. However, the undersigned through an oversight, did not calendar the date on which to file a report relating to settlement discussions. The undersigned meant no disrespect to the Court through this error, and has reviewed the Orders entered by this Court in this matter to ensure that no similar errors have been, or will be, made.

Respectfully submitted,

s/Heather N. Leonard
Bar ID for Heather N. Leonard - NEW018
Attorney for Plaintiff
HEATHER LEONARD, P.C.
2108 Rocky Ridge Road, Suite One

Birmingham, AL 35216
Telephone: (205) 978-7899
Facsimile: (205) 278-1400

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TERRY DANIEL, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NUMBER: |
| v. ) | |
| ) | 3:05cv01110-WKW |
| CITY OF LANETT, ALABAMA, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

T. Randall Lyons
WEBSTER, HENRY & LYONS, P.C.
P.O. Box 239
Montgomery, AL 36101

/s/ Heather N. Leonard
Of Counsel