IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **TERRY DANIEL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No.: 3:05cv1110-F** |
| ) | |
| **CITY OF LANETT, ALABAMA,** ) | |
| ) | |
| **Defendant.** ) | |

## DEFENDANT'S WITNESS LIST

COMES NOW the Defendant, City of Lanett, Alabama, by and through its attorney of record, and list the following witnesses, which may or may not be called at the trial of this cause.

1. Terry Daniel;

2. Tim Jennings;

3. Joel Holley;

4. Mayor Oscar Crawley;

5. Anthony Johnson;

6. Kelley Meacham;

7. John Butler;

8. Bobby Williams;

9. Ralph Cobb;

10. Any and all witnesses listed by the Plaintiff;

11. Any and all witnesses necessary for rebuttal; and

12. This Defendant reserves the right to supplement this witness list as discovery continues.

                Respectfully submitted,

                /s/ T. Randall Lyons
                T. RANDALL LYONS (LYO006)
                Attorney for Above-named Defendant

OF COUNSEL:

Webster, Henry, Lyons & White, P.C.
P.O. Box 239
Montgomery, AL 36101
334-264-9472
334-264-9599

## CERTIFICATE OF SERVICE

      I hereby certify that I have this date of October 25, 2006, electronically filed the foregoing with the Clerk of the Court using the State of Alabama's electronic filing system which will send notification and a copy of such filing to the following counsel of record:

Heather Newsom Leonard
Heather Leonard, P.C.
2108 Rocky Ridge Road, Suite One
Birmingham, AL 35216

                /s/ T. Randall Lyons
                OF COUNSEL