IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TERRY DANIEL,        )<br>                      )<br>   Plaintiffs,      )<br>                      )<br>v.                    )<br>                      )<br>CITY OF LANETT, ALABAMA,  )<br>                      )<br>   Defendants.       ) | CIVIL ACTION NUMBER:<br><br>3:05cv01110-WKW |

_____

PLAINTIFF'S WITNESS LIST
_____

Pursuant to Rule 26 (a)(3), Federal Rules of Civil Procedure, the plaintiff hereby submits that the following individuals may be called at the trial of this case:

<u>Primary Witnesses which the Plaintiff Will Likely Call:</u>

1. **Terry Daniel**
   c/o Heather Leonard
   HEATHER LEONARD, P.C.
   2108 Rocky Ridge Road, Suite 1
   Birmingham, Alabama 35216

2. **Captain Kelly Meacham**
   4127 Veteran's Memorial Parkway
   Lanett, AL 36863

3. **Chief Tim Jennings**
   900 South 12th Avenue
   Lanett, AL 36863

4.  **Former Acting City Manager/Clerk, Shirley Motley**
    1005 S. 13th Ave
    Lanett, AL 36863

5.  **Mayor of the City of Lanett, Oscar Crawley**
    401 North Lanier Ave
    Lanett, AL 36863

6.  **Former Chief Anthony S. Johnson**
    63 County Road
    Roanoke, AL 36274

7.  **Captain Sam Thrower**
    4026 28th Street SW
    Lanett, AL 36863

Secondary Witnesses which the Plaintiff May Call:

1.  **Gina Daniel**
    c/o Heather Leonard
    HEATHER LEONARD, P.C.
    2108 Rocky Ridge Road, Suite 1
    Birmingham, Alabama 35216

2.  **Former Chief Jeff Monroe**
    1035 County Road 229
    Five Points, AL 36855

3.  **Former Chief Randy Brown**
    302 North 17th Avenue
    Lanett, AL

4.  **Former Chief Ralph Cobb**
    P. O. Box 994
    Madison, AL 35758

5.  **Former Chief Harry Hudson**
    2402 Waterford Drive
    Valley, AL 36854

6. **Former City Manager Bobby Williams**
   804 North 14th Street
   Lanett, AL 36863

7. **Former Captain Donnie Gillenwaters**
   2716 Country Club Road
   Lanett, AL 36863

8. **Fire/Medic Andy Gray**
   429 County Road 67
   Roanoke, AL 36274

9. **Fire/Medic Carl W. Stepp (Bill)**
   2506 Fredick Road, Lot 33
   Opelika, AL 36801

10. **Medic Glenn Johnson**
    3732 52 Ct. Southwest
    Lanett, AL 36863

11. **Former Fire/Medic Bryan Hester**
    106 Jefferson Street
    Valley, AL 36854

12. **Apparatus Operator Charles Daughtery**
    4127 Veterans Memorial Parkway
    Lanett, AL 36863

13. **Fire/Medic Gary Atkins**
    1070 County Road 55
    Lanett, AL 36863

14. **Former Captain John Butler**
    Address Unknown

15. **Apparatus Operator Hal Shelley**
    Address Unknown

16. **Former Captain Johnny Allen**

      Address Unknown

17. **Former Fire/Medic Joey Ambrose**
    2513 11th Ct SW
    Lanett, AL 36863

18. **Former Lieutenant Lincoln Whaley**
    Address Unknown

19. **Joel Holley**
    City Manager of Lanett

20. All individuals identified in the Defendant's Witness List

21. All individuals identified through the course of discovery.

22. All individuals identified in the Defendant's Initial Disclosures.

23. All individuals necessary for rebuttal

                                          /s/ Heather N. Leonard
                                          Heather N. Leonard
                                          ATTORNEY FOR THE PLAINTIFF

OF COUNSEL:

HEATHER LEONARD, P.C.
The Gross Building
2108 Rocky Ridge Road, Suite 1
Birmingham, Alabama 35216
(205) 978-7899 voice
(205) 278-1400 fax

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

T. Randall Lyons
WEBSTER, HENRY & LYONS, P.C.
P.O. Box 239
Montgomery, AL 36101


                                        /s/ Heather Leonard
                                        Of Counsel