IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TERRY DANIEL, )<br>)<br>    Plaintiffs, )<br>) <br>v. )<br>)<br>CITY OF LANETT, ALABAMA, )<br>)<br>    Defendants. ) | CIVIL ACTION NUMBER:<br><br>3:05cv01110-WKW |

**PLAINTIFF'S EXHIBIT LIST**

Pursuant to Rule 26(a)(3), Federal Rules of Civil Procedure, the plaintiff hereby submits the following documents may be used at trial:

1. EEOC investigative file for charge 130-2005-03666

2. Job listing for Fire/EMS Chief listed in The Valley Times News on 11/2/05;

3. Job Listing for Fire/EMS Chief listed in The Valley Times News on 10/31/05;

4. Job Listing for Fire/EMS Chief listed in the Opelike-Auburn News on 10/30/05;

5. Letter from Jennie J. Gunnells to Various Newspapers & media dated 10/27/05 regarding the available position for Fire/EMS Chief;

6. Job listing for Fire/EMS Chief, City of Lanett from the Alabama League of Municipalities;

7. Memo from Chief Anthony Johnson to All Personnel dated 12/15/04;

8. Article from The Valley Times News entitled Demotion Challenged by Former Police Chief dated 2/3/05

9. Article from The Valley Times News entitled Council Names Tim Jennings Interim Fire Chief in Lanett dated 6/21/05;

10. Article from The Valley Times News entitled Lanett Affirms Demotion of Former Chief dated 2/8/05;

11. Job posting and description for Fire Chief dated 10/20/05;

12. Career/Promotion Advancement Opportunity for Administrative Secretary with hand written notes by plaintiff;

13. Statement of Billy J. Daniel;

14. Memo from Chief to All Employees regarding City Hall dated 3/9/06;

15. City Council Agenda for Monday 4/13/06;

16. Retirement Estimate Reports for Plaintiff;

17. Top Out Pay Scale;

18. Plaintiff's license from Alabama State Board of Health for Basic/Driver;

19. FEMA Certificate of Achievement for Plaintiff;

20. Plaintiff's 1988 Alabama EMT license Examination;

21. Plaintiff's Tax Returns for 2000-2004;l

22. City of Lanett Pay Plan;

23. Plaintiff's GED Materials;

24. Plaintiff's materials from the Alabama National Guard Armory;

25. 1986 and 1989 Position Description for Fire Chief;

26. 1994 Materials Regarding Apparatus Operator;

27. Position Description for Captain posting 1988;

28. Position Description for Personnel Clerk posted April 1986;

29. Position Description of City Manager posted April 1986;

30. Position Description of Fire Fighter posted April 1986;

31. Position Description of Lieutenant posted April 1989;

32. Position Description of Fire Captain posted April 1986;

33. Position Description of Captain posted February 1992;

34. List of Employees and achievements;

35. Employees' Retirement System of Alabama Retirement Facts November 1989;

36. Organization Chart 2005;

37. Application for Employment for Plaintiff;

38. Standard Operating Procedure;

39. Letter from Donald Nelson to Plaintiff dated 6/19/1998;

40. Employee Personnel Handbook, August 1, 2004 and January 1, 1987 revised April 1992;

41. List of Grad Listings;

42. City of Lanett Police Prohibiting Discrimination and Sexual Harassment;

43. Documents regarding Career Advancement for position of Captain;

44. Documents relating to EEOC Charge 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;

45. Career Advancement for position of Captain in 11/1998;

46. Career Advancement for position of Captain in 09/1997;

47. Documents relating to EEOC Charge 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;

48. Career Advancement for position of Captain in 04/1996;

49. Order Approving Settlement and Petition of Case NO CV-94-257 in Circuit Court of Chambers County regarding workmans' compensation claim;

50. Documents relating to plaintiff's on the job injury in 10/1992;

51. Documents regarding the Captain's position/promotion of 1992;

52. Career Advancement for position of Major in 04/1992;

53. List of Fire Department Employees phone numbers;

54. Documents relating to filing a grievance April 2003 - July 2003;

55. Career Advancement for position of City Clerk in 04/1986;

56. Plaintiff's Vocational Assessment from Dr. M. Katryn Ness 1/14/96;

57. Documents relating to a fire report on 44th Avenue SW in January 2005;

58. Plaintiff's Employee Performance Review 2/1/05;

59. Plaintiff's resume, Certificates awarded to Plaintiff and training courses plaintiff attended.

60. City of Lanett Council Meeting Minutes - 11/7/05, 3/6/06, and 2/22/06;

61. Terry Daniel's Personnel File;

62. Affidavit of Chief Anthony Johnson;

63. Affidavit of Mayor Oscar Crawley;

64. Amended Affidavit of Mayor Crawley;

65. Employee Handbook of 8/1/04;

66. Documents related to Plaintiff's EEOC Complaint regarding a Farfield Cartoon;

67. Plaintiff's job evaluation of January/February 2005;

68. Affidavit of Kelley Meacham;

69. Affidavit of Joel Holley;

70. Memorandum from Chief Johnson to Mayor Crawley;

71. Standard Operating Procedure Document;

72. Documents regarding Plaintiff's grievance in 2000 regarding job change for one day;

73. Documents regarding Plaintiff's grievance in 2003 regarding job change for one day;

74. Backpay Chart attached to the Plaintiff's Damages List;

75. Damages Statement attached the Plaintiff's Damages List;

76. Deposition transcripts of all depositions taken in this action;

77. Any document necessary for rebuttal;

78. All documents listed on the defendants' exhibit list;

79. All documents produced or identified by defendants in response to the plaintiff's request for production of documents and/or defendant's initial disclosures;

80. All documents produced in the plaintiff's deposition.

/s/ Heather N. Leonard
Heather N. Leonard
ATTORNEY FOR PLAINTIFF

OF COUNSEL:
HEATHER LEONARD, P.C.
2108 Rocky Ridge Road, Suite 1
Birmingham, AL  35216
(205) 978-7899    *voice*
(205) 278-1400    *fax*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

T. Randall Lyons
WEBSTER, HENRY & LYONS, P.C.
P.O. Box 239
Montgomery, AL 36101


                                        /s/ Heather Leonard
                                        Of Counsel