# LOST WAGES CHART OF TERRY DANIEL
### STRAIGHT TIME

| TIME PERIOD | BACKPAY[1] | ACCUMULATED PRINCIPAL | INTEREST RATE | AMOUNT OF INTEREST[2] | TOTAL |
|---|---|---|---|---|---|
| 12/13/04-12/31/04 (3 weeks) | $292.80 | $292.80 | 5% | $1.49 | $294.29 |
| 1/1/05-3/31/05 (13 weeks) | $1268.80 | $1563.09 | 5% | $78.15 | $1641.24 |
| 4/1/05-6/30/05 (13 weeks) | $1268.80 | $2910.04 | 6% | $174.60 | $3084.64 |
| 7/1/05-9/30/05 (13 weeks) | $1268.80 | $4353.44 | 6% | $261.20 | $4614.64 |
| 10/1/05-12/31/05 (13 weeks) | $1268.80 | $5883.44 | 7% | $411.84 | $6295.28 |
| 1/1/06-3/31/06 (13 weeks) | $1268.80 | $7564.08 | 7% | $529.48 | $8093.56 |
| 4/1/06-6/30/06 (13 weeks) | $1268.80 | $9362.36 | 7% | $655.36 | $10017.72 |
| 7/1/06-9/30/06 (13 weeks) | $1268.80 | $11286.52 | 8% | $902.92 | $12189.44 |
| 10/1/06-12/31/06 (13 weeks) | $1268.80 | $13458.24 | 8% | $1076.65 | $14534.89 |
| 1/1/07-1/29/07 (4 weeks) | $390.40 | $14925.29 | 8% | $1194.02 | $16119.31 |
| **TOTAL** | | | | | **$16,119.31** |

---

[1] **Captain's Pay of $15.10/hour - Terry Daniel's Pay of $12.66/hour = $2.44 hour**
**$2.44/hour x 40 hours a week = $97.60/week lost wages**

[2] **Interest Calculated on a Quarterly Basis Based on NLRB Rates** (Memorandum OM 06-71)

# LOST WAGES CHART OF TERRY DANIEL
OVERTIME

| TIME PERIOD | BACKPAY[3] | ACCUMULATED PRINCIPAL | INTEREST RATE | AMOUNT OF INTEREST[4] | TOTAL |
|---|---|---|---|---|---|
| 12/13/04-12/31/04 | $7.32 | $7.32 | 5% | $0.36 | $7.68 |
| 1/1/05-3/31/05 | $43.92 | $51.60 | 5% | $2.58 | $54.18 |
| 4/1/05-6/30/05 | $43.92 | $98.10 | 6% | $5.88 | $103.98 |
| 7/1/05-9/30/05 | $43.92 | $147.90 | 6% | $8.87 | $156.77 |
| 10/1/05-12/31/05 | $43.92 | $200.69 | 7% | $14.04 | $214.73 |
| 1/1/06-3/31/06 | $43.92 | $258.65 | 7% | $18.10 | $276.75 |
| 4/1/06-6/30/06 | $43.92 | $320.67 | 7% | $22.44 | $343.11 |
| 7/1/06-9/30/06 | $43.92 | $387.03 | 8% | $30.96 | $417.99 |
| 10/1/06-12/31/06 | $43.92 | $461.91 | 8% | $36.95 | $498.86 |
| 1/1/07-1/29/07 | $14.64 | $513.50 | 8% | $41.08 | $554.58 |
| **TOTAL** | | | | | **$554.58** |

---

[3] **Captain's Overtime Pay of $22.65/hour - Terry Daniel's Overtime Pay of $18.99/hour = $3.66/hour**
**$3.66/hour x 4 hours a pay period = $14.64/every month**

[4] **Interest Calculated on a Quarterly Basis Based on NLRB Rates** (Memorandum OM 06-71)

# LOST WAGES CHART OF TERRY DANIEL
## ON CALL PAY

| TIME PERIOD | BACKPAY[5] | ACCUMULATED PRINCIPAL | INTEREST RATE | AMOUNT OF INTEREST[6] | TOTAL |
|---|---|---|---|---|---|
| 12/13/04-12/31/04 | $4.88 | $4.88 | 5% | $0.24 | $5.12 |
| 1/1/05-3/31/05 | $29.28 | $34.40 | 5% | $1.72 | $36.12 |
| 4/1/05-6/30/05 | $29.28 | $65.40 | 6% | $3.92 | $69.32 |
| 7/1/05-9/30/05 | $29.28 | $98.60 | 6% | $5.91 | $104.51 |
| 10/1/05-12/31/05 | $29.28 | $133.79 | 7% | $9.36 | $143.15 |
| 1/1/06-3/31/06 | $29.28 | $172.43 | 7% | $12.07 | $184.50 |
| 4/1/06-6/30/06 | $29.28 | $213.78 | 7% | $14.96 | $228.74 |
| 7/1/06-9/30/06 | $29.28 | $258.02 | 8% | $12.90 | $270.92 |
| 10/1/06-12/31/06 | $29.28 | $300.20 | 8% | $24.01 | $324.21 |
| 1/1/07-1/29/07 | $9.76 | $333.97 | 8% | $26.71 | $360.68 |
| TOTAL | | | | | $360.68 |

---

[5] **Captain's Pay of $15.10/hour - Terry Daniel's Pay of $12.66/hour = $2.44/hour
$2.44/hour x 4 hours a pay period = $9.76/every month**

[6] **Interest Calculated on a Quarterly Basis Based on NLRB Rates** (Memorandum OM 06-71)