IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TERRY DANIEL, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NUMBER: |
| v. ) | |
| ) | 3:05cv01110-WKW |
| CITY OF LANETT, ALABAMA, ) | |
| ) | |
| Defendant. ) | |

_____

PLAINTIFF'S BACKPAY CALCULATION
_____

| | |
|---|---|
| Lost Straight Time Wages and Interest | $10,833.60 |
| Lost Overtime Wages and Interest | $    373.32 |
| Lost On Call Wages and Interest | $    248.88 |
| Lost Quarterly Interest on All Wages | $  5,578.77 |
| 10 Years' Lost Retirement Benefits | +  $ 54,303.60 |
| **Total** | **$71,338.17** |