**OFFICE OF THE GENERAL COUNSEL**
Division of Operations-Management

**MEMORANDUM OM 06-71**                                June 15, 2006

**TO:**         All Regional Directors, Officers-in-Charge,
                 and Resident Officers

**FROM:**     Richard A. Siegel, Associate General Counsel

**SUBJECT:** Board's Interest Rate to Rise to 8 Percent for Fourth Quarter,
                 Fiscal Year 2006


     Pursuant to <u>New Horizons for the Retarded</u>, 283 NLRB 1173, the rate used to calculate interest on backpay and other monetary remedies provided for in Board Orders is to be based upon the "short-term Federal rate," i.e., the rate assessed by the Internal Revenue Service on the underpayment of taxes. This is to advise you that the rate assessed for the fourth quarter of Fiscal Year 2006, July 1 to September 30, 2006, will be 8 percent.

     Following is a listing of the rates to be used to calculate interest on Board monetary awards during the time period indicated:

| | | | |
|---|---|---|---|
| July 1, 1995 | To | March 31, 1996 | 9 percent |
| April 1, 1996 | To | June 30, 1996 | 8 percent |
| July 1, 1996 | To | March 31, 1998 | 9 percent |
| April 1, 1998 | To | December 31, 1998 | 8 percent |
| January 1, 1999 | To | March 31, 1999 | 7 percent |
| April 1, 1999 | To | March 31, 2000 | 8 percent |
| April 1, 2000 | To | March 31, 2001 | 9 percent |
| April l, 2001 | To | June 30, 2001 | 8 percent |
| July 1, 2001 | To | December 31, 2001 | 7 percent |
| January 1, 2002 | To | December 31, 2002 | 6 percent |
| January 1, 2003 | To | September 30, 2003 | 5 percent |
| October 1, 2003 | To | March 31, 2004 | 4 percent |
| April 1, 2004 | To | June 30, 2004 | 5 percent |
| July 1, 2004 | To | September 30, 2004 | 4 percent |
| October 1, 2004 | To | March 31, 2005 | 5 percent |
| April 1, 2005 | To | September 30, 2005 | 6 percent |
| October 1, 2005 | To | June 30, 2006 | 7 percent |
| July 1, 2006 | To | September 30, 2006 | 8 percent |

/s/
R. A. S.

cc: NLRBU
Release to the Public

**MEMORANDUM OM 06-71**