IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **TERRY DANIEL,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    Civil Action No.: 3:05cv1110-F |
| | ) |
| **CITY OF LANETT, ALABAMA,** | ) |
| | ) |
|     **Defendant.** | ) |

### DEFENDANT'S WITNESS LIST

COMES NOW the Defendant, City of Lanett, Alabama, by and through its attorney of record, and list the following witnesses, which this Defendant will most likely call:

1. Terry Daniel
2. Tim Jennings
3. Joel Holley
4. Mayor Oscar Crawley
5. Kelley Meacham

### SECONDARY WITNESSES

6. Anthony Johnson
7. John Butler
8. Bobby Williams
9. Ralph Cobb

10. Any and all witnesses listed by the Plaintiff.

11. Any and all witnesses identified through the course of discovery.

12. Any and all witnesses listed in the Plaintiff's or Defendant's initial disclosures.

13. Any and all witnesses necessary for rebuttal.

Respectfully submitted,

 /s/ T. Randall Lyons
T. RANDALL LYONS (LYO006)
Attorney for Above-named Defendant

OF COUNSEL:

Webster, Henry, Lyons & White, P.C.
P.O. Box 239
Montgomery, AL 36101
334-264-9472
334-264-9599

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date of April 2, 2007, electronically filed the foregoing with the Clerk of the Court using the State of Alabama's electronic filing system which will send notification and a copy of such filing to the following counsel of record:

Heather Newsom Leonard
Heather Leonard, P.C.
2108 Rocky Ridge Road, Suite One
Birmingham, AL 35216

 /s/ T. Randall Lyons
OF COUNSEL