IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TERRY DANIEL,                                )          |
|                                              )          |
|    Plaintiff,                 )          |
|                                              )          |
| v.                                           )   CASE NO. 3:05-cv-1110-WKW |
|                                              )          |
| CITY OF LANETT, ALABAMA,                     )          |
|                                              )          |
|    Defendant.                 )          |
|                                              )          |

## ORDER

Per the telephonic conference on April 17, 2007, it is hereby ORDERED that the parties are to participate in mediation as to this action. The parties are charged with selecting a jointly agreed upon mediator. Additionally, the plaintiff shall file a "Notice Concerning Settlement Conference and Mediation" **on or before July 14, 2007**, indicating whether settlement was reached.

It is further ORDERED that the trial date in this matter is CONTINUED from **May 14, 2007** to **August 20, 2007.**

DONE this 18th day of April, 2007.

                                    /s/ W. Keith Watkins
                                UNITED STATES DISTRICT JUDGE