IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TERRY DANIEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 3:05cv1110-F |
| | ) | |
| CITY OF LANETT, ALABAMA, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

COMES NOW the parties in the above-referenced case and respectfully request the court to dismiss this case with prejudice with each party to bear its own costs in that it has settled.

Respectfully submitted,

/s/ Heather Leonard
HEATHER LEONARD
Attorney for Plaintiff

/s/ T. Randall Lyons
T. RANDALL LYONS
Attorney for Defendant