IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TERRY DANIEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:05-cv-1110-WKW |
| | ) | |
| CITY OF LANETT, ALABAMA, | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

Upon due consideration of the parties' Stipulation of Dismissal (Doc. # 35), it is ORDERED that this case is DISMISSED with prejudice. The parties shall bear their own costs related to this matter.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 19th day of July, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE